| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> **Caption in Compliance with D.N.J. LBR 9004-1(b)** <br><br> 837165 <br> PHELAN HALLINAN DIAMOND & JONES, PC <br> 1617 JFK Boulevard, Suite 1400 <br> Philadelphia, PA 19103 <br> 856-813-5500 <br> Attorneys for SWBC MORTGAGE CORPORATION | |
| In Re: <br><br> SCOTT D. STEARNS <br> NAOKO STEARNS | Case No: 20-14541 - MBK <br><br> Judge: MICHAEL B KAPLAN <br><br> Chapter: 13 |

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of <u>SWBC MORTGAGE CORPORATION</u> with regards to its mortgage. Said Mortgage was recorded on July 8, 2014, Book 16837, Page 1978 on the real property, located at 1382 MANOTAK AVENUE, JACKSONVILLE, FL 32210 in the above captioned bankruptcy matter. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103.

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Dated: April 6, 2020                     /s/ Sherri J. Smith
                                          Sherri J. Smith, Esq.
                                          Phelan Hallinan Diamond & Jones, PC
                                          1617 JFK Boulevard, Suite 1400
                                          Philadelphia, PA 19103
                                          Tel: 856-813-5500 Ext. 47923
                                          Fax: 856-813-5501
                                          Email: Sherri.Smith@phelanhallinan.com