**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security     **2** Assumption of Executory Contract or Unexpired Lease     **0** Lien Avoidance

Last revised: September 1, 2018

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| In Re: | Scott D Stearns | Case No.: | 20-14541 |
|---|---|---|---|
|  | Naoko Stearns | Judge: | Hon. Michael B. Kaplan, USBJ |
|  | Debtor(s) |  |  |

## CHAPTER 13 PLAN AND MOTIONS

☑ Original                   ☐ Modified/Notice Required         Date:   March 17, 2020
☐ Motions Included   ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☐ DOES ☑ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

1

Initial Debtor(s)' Attorney  **JMG**    Initial Debtor:  **SDS**    Initial Co-Debtor  **N S**

## Part 1: Payment and Length of Plan

a. The debtor shall pay **3,500.00 Monthly** to the Chapter 13 Trustee, starting on **April 1, 2020** for approximately **60** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☐ Other sources of funding (describe source, amount and date when funds are available):

c. Use of real property to satisfy plan obligations:
- ☐ Sale of real property
  Description:
  Proposed date for completion: _____
- ☐ Refinance of real property:
  Description:
  Proposed date for completion: _____
- ☐ Loan modification with respect to mortgage encumbering property:
  Description:
  Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

## Part 2: Adequate Protection    **X NONE**

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

## Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Justin M. Gillman, Esq.** | **Attorney Fees** | 4,000.00<br>At an amount to be determined by application pursuant to D.N.J. LBR 2016-5(c) |
| **Internal Revenue Service (IRS)** | **Taxes and certain other debts** | 7,000.00 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

## Part 4: Secured Claims

a. **Curing Default and Maintaining Payments on Principal Residence:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

b. **Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

c. **Secured claims excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|

d. **Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ **NONE**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                                                         Best Case Bankruptcy

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Creditor
Pnc Mortgage
Swbc Mortgage
Swbc Mortgage

**g. Secured Claims to be Paid in Full Through the Plan** ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|

## Part 5:  Unsecured Claims    ☐ NONE

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☐    Not less than $____ to be distributed *pro rata*

☐    Not less than ___ percent

☑    *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|

## Part 6:  Executory Contracts and Unexpired Leases    ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|

| American Honda Finance | 0.00 | Lease Monthly payments: $0.00 | NO Arrearage | 0.00 |
|---|---|---|---|---|
| American Honda Finance | 0.00 | Lease Monthly payments: $462.32 | NO Arrearage | 0.00 |

## Part 7: Motions    X NONE

**NOTE:** All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal,* within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.

   a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ✓ NONE
   The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|

   b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ✓ NONE

   The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|

   c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ✓ NONE

   The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

## Part 8: Other Plan Provisions

   a. **Vesting of Property of the Estate**
      ✓ Upon Confirmation
      ☐ Upon Discharge

   b. **Payment Notices**
   Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

    **c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:
1) Ch. 13 Standing Trustee Commissions
2) **Other Administrative Claims**
3) **Secured Claims**
4) **Lease Arrearages**
5) **Priority Claims**
6) **General Unsecured Claims**

    **d. Post-Petition Claims**

The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

## Part 9: Modification    ☒ NONE

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: _____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
|  |  |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐ Yes    ☐ No

## Part 10: Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☑ NONE
☐ Explain here:
Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: **March 10, 2020**    /s/ Scott D Stearns
    **Scott D Stearns**
    Debtor

Date: **March 10, 2020**    /s/ Naoko Stearns
    **Naoko Stearns**
    Joint Debtor

Date  **March 10, 2020**    /s/ Justin M. Gillman, Esq.
    **Justin M. Gillman, Esq.**
    Attorney for the Debtor(s)

6

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 20-14541-MBK
Scott D Stearns                                                       Chapter 13
Naoko Stearns
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 4          Date Rcvd: Apr 21, 2020
                              Form ID: pdf901          Total Noticed: 87

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 23, 2020.
```
db/jdb         +Scott D Stearns,    Naoko Stearns,    1010 Breckenridge Drive,    Somerville, NJ 08876-3687
cr             +SWBC MORTGAGE CORPORATION,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,   Suite 1400,
                 Philadelphia, PA 19103-1814
518767832      +20 Pine Street Investors LLC,    c/o The Klein Group, LLC,    25A Hanover Road,   Suite 350,
                 Florham Park, NJ 07932-1425
518767837     ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
               (address filed with court: American Honda Finance,     201 Little Falls Drive,
                 Wilmington, DE 19808)
518767847      +AT&T Universal Citi Card,    Po Box 6241,    Sioux Falls, SD 57117-6241
518767845      +AT&T Universal Citi Card,    Attn: Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
518767844      +Amex/Bankruptcy,    Po Box 8218,    Mason, OH 45040-8218
518767843      +Amex/Bankruptcy,    Correspondence/Bankruptcy,    Po Box 981540,    El Paso, TX 79998-1540
518767851     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America,     PO Box 982236,    El Paso, TX 79998-2236)
518767849      +Bancorp.,    30 N. LaSalle Street,    Suite 2320,    Chicago, IL 60602-3823
518767850      +Bank of America,    4909 Savarese Circle,    Fl1-908-01-50,    Tampa, FL 33634-2413
518784813      +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
518767855      +Capital One / Casual,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
518767856      +Capital One / Casual,    Po Box 30253,    Salt Lake City, UT 84130-0253
518767859      +Chase,    700 Kansas Lane,    Monroe, LA 71203-4774
518767870      +Chase Card Services,    Po Box 30281,    Salt Lake City, UT 84130-0281
518767872      +Citibank,    Po Box 6217,    Sioux Falls, SD 57117-6217
518767871      +Citibank,    Citicorp Credit Srvs/Centralized Bk dept,    Po Box 790034,
                 St Louis, MO 63179-0034
518767873      +Citimortgage,    Attn: Centralized Bankruptcy,    Po Box 9438,    Gettsburg, MD 20898-9438
518767874      +Citimortgage,    Po Box 6243,    Sioux Falls, SD 57117-6243
518767875      +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
518767877      +Deptartment Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
518767881      +Eco-Futures Development,    600 Anton Blvd.,    11th Floor,    Costa Mesa, CA 92626-7100
518767882       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
518767885      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
518767886     ++FIFTH THIRD BANK,    MD# ROPS05 BANKRUPTCY DEPT,    1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court: Fifth Third Bank,     Attn: Bankruptcy,    38 Fountain Square Plaza,
                 Cincinnati, OH 45263)
518767890     ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit,     National Bankruptcy Service Center,
                 Po Box 62180,    Colorado Springs, CO 80962)
518767887      +Fifth Third Bank,    5050 Kingsley Drive,    Cincinnati, OH 45277-0001
518767888      +Firstmark Services,    Attn: Bankruptcy,    Po Box 82522,    Lincoln, NE 68501-2522
518767889      +Firstmark Services,    121 South 13th Street,    Lincoln, NE 68508-1904
518767891      +Ford Motor Credit,    Pob 542000,    Omaha, NE 68154-8000
518804031      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
518767893       Kabbage, Inc.,    PO Box,    77081,    Atlanta, GA 30357
518767896      +Marshack Hays LLP,    870 Roosevelt,    Irvine, CA 92620-3663
518767897      +New York State,    Department of Taxation and Finance,    Bankrtupcy Section,    P.O. Box 5300,
                 Albany, NY 12205-0300
518767900      +PNC Bank,    Po Box 3180,    Pittsburgh, PA 15230-3180
518767898      +PNC Bank,    Attn: Bankruptcy,    Po Box 94982: Mailstop Br-Yb58-01-5,    Cleveland, OH 44101-4982
518767899      +Pnc Bank,    Atn: Bankruptcy Department,    Po Box 94982: Ms: Br-Yb58-01-5,
                 Cleveland, OH 44101-4982
518767902      +Pnc Mortgage,    Attn: Bankruptcy,    3232 Newmark Drive,    Miamisburg, OH 45342-5433
518767903      +Pnc Mortgage,    Po Box 8703,    Dayton, OH 45401-8703
518767904      +Raymour & Flanigan,    Attn: Bankruptcy,    Po Box 130,    Liverpool, NY 13088-0130
518767905       Raymour & Flanigan,    Cscl Dispute Team N8235-04m,    Des Moines, IA 50306
518767906      +Robb Evans & Associates LLC, Receiver,    11450 Sheldon Street,    Sun Valley, CA 91352-1121
518767907      +Sheldon Rosenberg,    3 Stanford Court,    West Orange, NJ 07052-2023
518767909      #+Singer Lewak,    3600 S. Yosemite St.,    Suite 600,    Denver, CO 80237-1829
518767908      +Singer Lewak,    10960 Wilshire Blvd.,    7th Floor,    Los Angeles, CA 90024-3710
518767910       State of New Jersey Division of Taxation,    PO Box 245,    Trenton, NJ 08695-0245
518767911       Stearns Development Group, Inc.,    10 Breckenridge Drive,    Somerville, NJ 08876
518767917      +Swbc Mortgage,    P O Box 77404,    Ewing, NJ 08628-6404
518767922      +Syncb/Lord & Taylor,    Po Box 30253,    Salt Lake City, UT 84130-0253
518796332      +TD Bank, N.A.,    c/o Schiller Knapp Lefkowitz,    & Hertzel LLP,    950 New Loudon Road,
                 Latham New York 12110-2100
518767927      +Target,    Attn: Bankruptcy,    Po Box 9475,    Minneapolis, MN 55440-9475
518767928      +Target,    Po Box 673,    Minneapolis, MN 55440-0673
518767933       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
518767934      +Ultimate Brands,    c/o Richard A. Marshack, Ch. 7 Trustee,    870 Roosevelt,
                 Irvine, CA 92620-3663
```

```
District/off: 0312-3          User: admin              Page 2 of 4              Date Rcvd: Apr 21, 2020
                              Form ID: pdf901          Total Noticed: 87


518767936      +Wells Fargo Jewelry Advantage,    Po Box 14517,    Des Moines, IA 50306-3517
518767935      +Wells Fargo Jewelry Advantage,    Attn: Bankruptcy,    Po Box 10438,    Des Moines, IA 50306-0438

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 21 2020 22:49:30      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 21 2020 22:49:29      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518767838       E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 21 2020 22:49:35      American Honda Finance,
                 600 Kelly Way,   Holyoke, MA 01040
518767833       E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 21 2020 22:49:35      American Honda Finance,
                 Attn: Bankruptcy,   Po Box 168088,    Irving, TX 75016
518770086       E-mail/Text: ebnbankruptcy@ahm.honda.com Apr 21 2020 22:49:35
                 American Honda Finance Corporation,    National Bankruptcy Center,    P.O. Box 168088,
                 Irving, TX 75016-8088
518767841      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 21 2020 22:49:03
                 AmeriCredit/GM Financial,    Attn: Bankruptcy,   Po Box 183853,    Arlington, TX 76096-3853
518767842      +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Apr 21 2020 22:49:03
                 AmeriCredit/GM Financial,    Po Box 181145,   Arlington, TX 76096-1145
518793124       E-mail/Text: Bankruptcy.RI@Citizensbank.com Apr 21 2020 22:48:45      Citizens Bank N.A.,
                 One Citizens Bank Way Mailstop JCA115,    Johnston, RI 02919
518767854      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 21 2020 23:01:56       Capital One,
                 Po Box 30281,   Salt Lake City, UT 84130-0281
518767853      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 21 2020 23:01:09       Capital One,
                 Attn: Bankruptcy,   Po Box 30285,    Salt Lake City, UT 84130-0285
518767879       E-mail/Text: mrdiscen@discover.com Apr 21 2020 22:48:48      Discover Financial,
                 Attn: Bankruptcy Department,   Po Box 15316,    Wilmington, DE 19850
518767880       E-mail/Text: mrdiscen@discover.com Apr 21 2020 22:48:48      Discover Financial,   Pob 15316,
                 Wilmington, DE 19850
518777049       E-mail/Text: mrdiscen@discover.com Apr 21 2020 22:48:48      Discover Bank,
                 Discover Products Inc,   PO Box 3025,    New Albany, OH 43054-3025
518767884       E-mail/Text: eslbankruptcynotifications@esl.org Apr 21 2020 22:49:22
                 ESL Federal Credit Union,    100 Kings Highway,   Rochester, NY 14617
518767883      +E-mail/Text: eslbankruptcynotifications@esl.org Apr 21 2020 22:49:22
                 ESL Federal Credit Union,    Attn: Bankruptcy Dept,    Po Box 92714,   Rochester, NY 14692-8814
518767892       E-mail/Text: sbse.cio.bnc.mail@irs.gov Apr 21 2020 22:48:58      Internal Revenue Service (IRS),
                 Department of Treasury,    P.O. Box 7346,   Philadelphia, PA 19101-7346
518767857       E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 21 2020 23:02:49       Chase,
                 Attn: Bankruptcy,   Po Box 15298,    Wilmington, DE 19850
518767861       E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 21 2020 23:01:07       Chase Card Services,
                 Attn: Bankruptcy,   Po Box 15298,    Wilmington, DE 19850
518767866       E-mail/PDF: ais.chase.ebn@americaninfosource.com Apr 21 2020 23:01:52       Chase Card Services,
                 Po Box 15369,   Wilmington, DE 19850
518767894       E-mail/Text: camanagement@mtb.com Apr 21 2020 22:49:07      M & T Bank,    Attn: Bankruptcy,
                 Po Box 844,   Buffalo, NY 14240
518767895       E-mail/Text: camanagement@mtb.com Apr 21 2020 22:49:07      M & T Bank,    Po Box 900,
                 Millsboro, DE 19966
518767919      +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2020 23:02:40      Syncb/Car Care,
                 Attn: Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
518767920      +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2020 23:01:46      Syncb/Car Care,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
518767921      +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2020 23:01:43      Syncb/Lord & Taylor,
                 Attn: Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
518767924      +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2020 23:01:43      Synchrony Bank/HH Gregg,
                 C/o Po Box 965036,   Orlando, FL 32896-0001
518767923      +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2020 23:02:40      Synchrony Bank/HH Gregg,
                 Attn: Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
518767925      +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2020 23:01:43      Synchrony Bank/Lowes,
                 Attn:  Bankruptcy,   Po Box 965060,    Orlando, FL 32896-5060
518767926      +E-mail/PDF: gecsedi@recoverycorp.com Apr 21 2020 23:01:43      Synchrony Bank/Lowes,
                 Po Box 956005,   Orlando, FL 32896-0001
518767931       E-mail/Text: bankruptcy@td.com Apr 21 2020 22:49:32      TD Bank, N.A.,    32 Chestnut Street,
                 Lewiston, ME 04240
518767929       E-mail/Text: bankruptcy@td.com Apr 21 2020 22:49:32      TD Bank, N.A.,    32 Chestnut Street,
                 Po Box 1377,   Lewiston, ME 04243
                                                                                              TOTAL: 30

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518767839*    ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court: American Honda Finance,    201 Little Falls Drive,
                 Wilmington, DE 19808)
518767840*    ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court: American Honda Finance,    600 Kelly Way,   Holyoke, MA 01040)
518767834*    ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court: American Honda Finance,    Attn: Bankruptcy,   Po Box 168088,
                 Irving, TX 75016)
518767835*    ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
               (address filed with court: American Honda Finance,    Attn: Bankruptcy,   Po Box 168088,
                 Irving, TX 75016)
```

```
District/off: 0312-3          User: admin              Page 3 of 4              Date Rcvd: Apr 21, 2020
                              Form ID: pdf901          Total Noticed: 87


             ***** BYPASSED RECIPIENTS (continued) *****
518767836*      ++AMERICAN HONDA FINANCE,    P O BOX 168088,    IRVING TX 75016-8088
                (address filed with court:   American Honda Finance,    Attn: Bankruptcy,   Po Box 168088,
                  Irving, TX 75016)
518767846*       +AT&T Universal Citi Card,    Attn: Bankruptcy,    Po Box 790034,   St Louis, MO 63179-0034
518767848*       +AT&T Universal Citi Card,    Po Box 6241,   Sioux Falls, SD 57117-6241
518767852*      ++BANK OF AMERICA,   PO BOX 982238,    EL PASO TX 79998-2238
                (address filed with court:   Bank of America,    Po Box 982238,   El Paso, TX 79998)
518767860*       +Chase,   700 Kansas Lane,    Monroe, LA 71203-4774
518767878*       +Deptartment Store National Bank/Macy’s,    Po Box 8218,   Mason, OH 45040-8218
518767876*       +Deptartment Store National Bank/Macy’s,    Attn: Bankruptcy,   9111 Duke Boulevard,
                  Mason, OH 45040-8999
518767858*      ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                (address filed with court:   Chase,   Attn: Bankruptcy,    Po Box 15298,   Wilmington, DE 19850)
518767862*      ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                (address filed with court:   Chase Card Services,    Attn: Bankruptcy,   Po Box 15298,
                  Wilmington, DE 19850)
518767863*      ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                (address filed with court:   Chase Card Services,    Attn: Bankruptcy,   Po Box 15298,
                  Wilmington, DE 19850)
518767864*      ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                (address filed with court:   Chase Card Services,    Attn: Bankruptcy,   Po Box 15298,
                  Wilmington, DE 19850)
518767865*      ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                (address filed with court:   Chase Card Services,    Attn: Bankruptcy,   Po Box 15298,
                  Wilmington, DE 19850)
518767867*      ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                (address filed with court:   Chase Card Services,    Po Box 15369,   Wilmington, DE 19850)
518767868*      ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                (address filed with court:   Chase Card Services,    Po Box 15369,   Wilmington, DE 19850)
518767869*      ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                  MONROE LA 71203-4774
                (address filed with court:   Chase Card Services,    Po Box 15369,   Wilmington, DE 19850)
518767901*       +Pnc Bank,   Po Box 3180,    Pittsburgh, PA 15230-3180
518767912*        Stearns Development Group, Inc.,     10 Breckenridge Drive,   Somerville, NJ 08876
518767913*        Stearns Development Group, Inc.,     10 Breckenridge Drive,   Somerville, NJ 08876
518767914*        Stearns Development Group, Inc.,     10 Breckenridge Drive,   Somerville, NJ 08876
518767915*        Stearns Development Group, Inc.,     10 Breckenridge Drive,   Somerville, NJ 08876
518767916*        Stearns Development Group, Inc.,     10 Breckenridge Drive,   Somerville, NJ 08876
518767918*       +Swbc Mortgage,   P O Box 77404,    Ewing, NJ 08628-6404
518767932*      ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
                (address filed with court:   TD Bank, N.A.,    32 Chestnut Street,   Lewiston, ME 04240)
518767930*      ++TD BANKNORTH NA,    70 GRAY ROAD,    FALMOUTH ME 04105-2299
                (address filed with court:   TD Bank, N.A.,    32 Chestnut Street,   Po Box 1377,
                  Lewiston, ME 04243)
                                                                                               TOTALS: 0, * 28, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 23, 2020                                   Signature:  /s/Joseph Speetjens

```
District/off: 0312-3              User: admin              Page 4 of 4              Date Rcvd: Apr 21, 2020
                                  Form ID: pdf901          Total Noticed: 87
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 20, 2020 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    SWBC Mortgage Corporation dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin M Gillman    on behalf of Debtor Scott D Stearns ecf@gbclawgroup.com,
               R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com
              Justin M Gillman    on behalf of Joint Debtor Naoko  Stearns ecf@gbclawgroup.com,
               R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com
              Sherri Jennifer Smith    on behalf of Creditor    SWBC MORTGAGE CORPORATION nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```