UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In Re: | Case No.: 20-14541 |
| Scott Stearns | Chapter: 13 |
| Naoko Stearns | Judge: MBK |

## NOTICE OF PROPOSED PRIVATE SALE

Scott Stearns & Naoko Stearns, Debtors, in this case proposes to sell property of the estate to the persons and on the terms described below. If you object to the sale, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party listed below not later than 7 days before the hearing date.

Address of the Clerk: Clerk of the U.S. Bankruptcy Court
U.S. Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan on September 1, 2020 at 9:00 a.m. at the United States Bankruptcy Court, courtroom no. 8, 402 East State Street, Trenton, NJ 08608. (Hearing date must be at least 28 days from the date of this notice). If no objection to the sale is filed, the clerk will enter a Certification of No Objection and the sale will be held as proposed.

Description of property to be sold: Debtors' Residence
1010 Breckenridge Drive
Branchburg, NJ 08876

Proposed Purchaser: Lucas Daniel Lourenco

Sale price: $235,000.00
Debtor will file Motion for Authorization of Sale pursuant to Section 363

☒ Pursuant to D.N.J. LBR 6004-5, I request to pay the real estate broker and/or real estate attorney at closing on the terms set forth below.

| | |
|---|---|
| Name of Professional: | Keller Williams Towne Square |
| Amount to be paid: | $11,750.00 (5% of sales price) |
| Services rendered: | Real Estate Broker - subject to Order for Retention, Application pending |
| | Real Estate Attorney is Edward Bruton, Esq., Gillman, Bruton & Capone, LLC, also counsel for the Debtors in this case. Fee for real estate representation will be sought through Fee Application filed by counsel for Debtors |

Higher and better offers will be received. They must be in writing and filed with the clerk not later than 7 days before the hearing date set forth above.

Objections must be served on, and requests for additional information directed to:

Name: Justin Gillman, Esq.

Address: 770 Amboy Avenue, Edison, NJ 08837

Telephone No.: 732-661-1664

*rev.8/1/15*