Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 20−14541−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Scott D Stearns | Naoko Stearns |
| 1010 Breckenridge Drive | 1010 Breckenridge Drive |
| Somerville, NJ 08876 | Somerville, NJ 08876 |

Social Security No.:
  xxx−xx−7433                                    xxx−xx−2771

Employer's Tax I.D. No.:

---

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on August 10, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 28 − 25
Order Granting Application For Retention of Professional Keller Williams Towne Square as Realtor (Related Doc # 25). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/7/2020. (dmi)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 10, 2020
JAN: dmi

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 20-14541-MBK
Scott D Stearns                                                           Chapter 13
Naoko Stearns
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3            User: admin          Page 1 of 1              Date Rcvd: Aug 10, 2020
                               Form ID: orderntc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2020.
r              +Keller Williams Towne Square Realty,    222 Mounty Airy Road,    Basking Ridge, NJ 07920-2335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2020

                                           Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2020 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   SWBC Mortgage Corporation dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Frank J Martone   on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION bky@martonelaw.com
          Justin M Gillman   on behalf of Debtor Scott D Stearns ecf@gbclawgroup.com,
           R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com
          Justin M Gillman   on behalf of Joint Debtor Naoko  Stearns ecf@gbclawgroup.com,
           R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com
          Sherri Jennifer Smith   on behalf of Creditor   SWBC MORTGAGE CORPORATION nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 7