| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Justin M. Gillman, Esq.<br>Gillman, Bruton & Capone, LLC<br>770 Amboy Avenue<br>Edison, New Jersey 08837<br>(732) 661-1664<br>Attorney for Debtor(s) | |
| In Re:<br>Scott Stearns<br>Naoko Stearns | Case No.: 20-14541<br>Chapter: 13<br>Judge: MBK |

## CHANGE OF ADDRESS

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   Scott Stearns & Naoko Stearns, Debtors
(Example: John Smith, creditor)

Old address:   1010 Breckenridge Drive
Branchburg, NJ 08876

New address:   8 Museum Way
#1609
Cambridge, MA 02141

New phone no.:_____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true. If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   7/31/2020           /s/ Scott Stearns       /s/ Naoko StearnsS
                                            Signature

*rev.2/1/16*