Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

Case No.: 20−14541−MBK  
Chapter: 13  
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Scott D Stearns  
8 Museum Way  
#1609  
Cambridge, MA 02141

Naoko Stearns  
8 Museum Way  
#1609  
Cambridge, MA 02141

Social Security No.:  
xxx−xx−7433    xxx−xx−2771

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on April 20, 2020 and a confirmation hearing on such Plan has been scheduled for December 15, 2020.

The debtor filed a Modified Plan on December 11, 2020 and a confirmation hearing on the Modified Plan is scheduled for January 13, 2121 @ 10:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

    A full copy of the modified Plan will follow this notice.

Dated: December 14, 2020  
JAN: wdr

Jeanne Naughton  
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Scott D Stearns  
Naoko Stearns  
    Debtor(s)

Case No. 20-14541-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5  
Date Rcvd: Dec 14, 2020      Form ID: 186      Total Noticed: 91

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott D Stearns, Naoko Stearns, 8 Museum Way, #1609, Cambridge, MA 02141-1889 |
| r | + | Keller Williams Towne Square Realty, 222 Mounty Airy Road, Basking Ridge, NJ 07920-2335 |
| cr | + | SWBC MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518767832 | + | 20 Pine Street Investors LLC, c/o The Klein Group, LLC, 25A Hanover Road, Suite 350, Florham Park, NJ 07932-1425 |
| 518842997 | + | 20 Pine Street Investors, LLC, c/o Edward David Esq., Edward DAvid & Associates, LLC, 72 Eagle Rock Avenue, Suite 260, East Hanover, NJ 07936-3100 |
| 518767837 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 518767847 | + | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 518767845 | + | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518767844 | + | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 518767843 | + | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518767851 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982236, El Paso, TX 79998-2236 |
| 518767849 | + | Bancorp., 30 N. LaSalle Street, Suite 2320, Chicago, IL 60602-3823 |
| 518767850 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518784813 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518767856 | + | Capital One / Casual, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518767855 | + | Capital One / Casual, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518837998 | + | Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518767870 | + | Chase Card Services, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518767872 | + | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518767871 | + | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518767873 | + | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettsburg, MD 20898-9438 |
| 518767874 | + | Citimortgage, Po Box 6243, Sioux Falls, SD 57117-6243 |
| 518767875 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518767881 | + | Eco-Futures Development, 600 Anton Blvd., 11th Floor, Costa Mesa, CA 92626-7100 |
| 518767882 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518767885 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518767886 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, Attn: Bankruptcy, 38 Fountain Square Plaza, Cincinnati, OH 45263 |
| 518767890 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 518767887 | + | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45277-0001 |
| 518767889 | + | Firstmark Services, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 518767888 | + | Firstmark Services, Attn: Bankruptcy, Po Box 82522, Lincoln, NE 68501-2522 |
| 518767891 | + | Ford Motor Credit, Pob 542000, Omaha, NE 68154-8000 |
| 518804031 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518767893 | | Kabbage, Inc., PO Box, 77081, Atlanta, GA 30357 |
| 518767896 | + | Marshack Hays LLP, 870 Roosevelt, Irvine, CA 92620-3663 |
| 518767897 | + | New York State, Department of Taxation and Finance, Bankrtupcy Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 518767904 | + | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |

| | | |
|---|---|---|
| 518767905 | | Raymour & Flanigan, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 518767906 | + | Robb Evans & Associates LLC, Receiver, 11450 Sheldon Street, Sun Valley, CA 91352-1121 |
| 518841256 | + | SWBC MORTGAGE CORPORATION, CENLAR FSB, BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 518767907 | + | Sheldon Rosenberg, 3 Stanford Court, West Orange, NJ 07052-2023 |
| 518767908 | + | Singer Lewak, 10960 Wilshire Blvd., 7th Floor, Los Angeles, CA 90024-3710 |
| 518767910 | | State of New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518767911 | | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767917 | + | Swbc Mortgage, P O Box 77404, Ewing, NJ 08628-6404 |
| 518767922 | + | Syncb/Lord & Taylor, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518796332 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2100 |
| 518767928 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 518767927 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518767933 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518767934 | + | Ultimate Brands, c/o Richard A. Marshack, Ch. 7 Trustee, 870 Roosevelt, Irvine, CA 92620-3663 |
| 518767936 | + | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |
| 518767935 | + | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 53

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 14 2020 22:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 14 2020 22:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518767838 | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 14 2020 22:31:00 | American Honda Finance, 600 Kelly Way, Holyoke, MA 01040 |
| 518767833 | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 14 2020 22:31:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518770086 | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 14 2020 22:31:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518767841 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 14 2020 22:31:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518767842 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 14 2020 22:31:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518793124 | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 14 2020 22:30:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 518767853 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 14 2020 22:56:46 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518767854 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 14 2020 23:00:17 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518767879 | Email/Text: mrdiscen@discover.com | Dec 14 2020 22:30:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518767880 | Email/Text: mrdiscen@discover.com | Dec 14 2020 22:30:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518777049 | Email/Text: mrdiscen@discover.com | Dec 14 2020 22:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518767884 | Email/Text: eslbankruptcynotifications@esl.org | Dec 14 2020 22:31:00 | ESL Federal Credit Union, 100 Kings Highway, Rochester, NY 14617 |
| 518767883 | + Email/Text: eslbankruptcynotifications@esl.org | Dec 14 2020 22:31:00 | ESL Federal Credit Union, Attn: Bankruptcy Dept, Po Box 92714, Rochester, NY 14692-8814 |
| 518767892 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 14 2020 22:31:00 | Internal Revenue Service (IRS), Department of |

| Recip ID | | Notice Type | Date | Name and Address |
|---|---|---|---|---|
| | | | | Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518767859 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 14 2020 22:53:13 | Chase, 700 Kansas Lane, Monroe, LA 71203 |
| 518767857 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 14 2020 22:53:13 | Chase, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767861 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 14 2020 22:56:45 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767866 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 14 2020 22:53:14 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518767894 | | Email/Text: camanagement@mtb.com | Dec 14 2020 22:31:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518767895 | | Email/Text: camanagement@mtb.com | Dec 14 2020 22:31:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 518767898 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2020 22:30:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518767900 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2020 22:30:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518767899 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2020 22:30:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518767902 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2020 22:30:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518767903 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2020 22:30:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518840646 | + | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2020 22:30:00 | PNC BANK, National Association, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 518767920 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2020 22:53:06 | Syncb/Car Care, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518767919 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2020 23:00:08 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518767921 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2020 23:00:08 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518767924 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2020 23:00:08 | Synchrony Bank/HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518767923 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2020 22:53:06 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518767925 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2020 22:56:41 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518767926 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2020 22:53:06 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518767931 | | Email/Text: bankruptcy@td.com | Dec 14 2020 22:31:00 | TD Bank, N.A., 32 Chestnut Street, Lewiston, ME 04240 |
| 518767929 | | Email/Text: bankruptcy@td.com | Dec 14 2020 22:31:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518836413 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 14 2020 22:53:40 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342-5421 |

Case 20-14541-MBK    Doc 45    Filed 12/16/20    Entered 12/17/20 00:16:41    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Dec 14, 2020 | Form ID: 186 | Total Noticed: 91 |

| | | |
|---|---|---|
| 518767839 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 518767840 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 600 Kelly Way, Holyoke, MA 01040 |
| 518767834 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518767835 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518767836 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518767846 | *+ | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518767848 | *+ | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 518767852 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 518767876 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518767877 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518767878 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518767860 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, 700 Kansas Lane, Monroe, LA 71203 |
| 518767858 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767862 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767863 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767864 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767865 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767867 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518767868 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518767869 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518767901 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518767915 | * | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767916 | * | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767912 | * | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767913 | * | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767914 | * | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767918 | *+ | Swbc Mortgage, P O Box 77404, Ewing, NJ 08628-6404 |
| 518767932 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., 32 Chestnut Street, Lewiston, ME 04240 |
| 518767930 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518767909 | ##+ | Singer Lewak, 3600 S. Yosemite St., Suite 600, Denver, CO 80237-1829 |

TOTAL: 0 Undeliverable, 30 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2020              Signature:       /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor SWBC Mortgage Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Frank J Martone | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com |
| Justin M Gillman | on behalf of Debtor Scott D Stearns ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Joint Debtor Naoko Stearns ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Robert Davidow | on behalf of Creditor SWBC MORTGAGE CORPORATION nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7