**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

**0** Valuation of Security       **2** Assumption of Executory Contract or Unexpired Lease       **0** Lien Avoidance

Last revised: August 1, 2020

# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

| | | |
|---|---|---|
| In Re: | **Scott D Stearns**<br>**Naoko Stearns** | Case No.: **20-14541**<br>Judge: **Hon. Michael B. Kaplan, USBJ** |
| | Debtor(s) | |

## CHAPTER 13 PLAN AND MOTIONS

☐ Original  
☐ Motions Included  
☑ Modified/Notice Required  
☐ Modified/No Notice Required  
Date: **March 17, 2020**

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE.

**YOUR RIGHTS MAY BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor. This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney. Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*. Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien. The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate. An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance.** *Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.*

THIS PLAN:

☑ DOES ☐ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☑ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☑ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney  **JMG**   Initial Debtor: **SDS**   Initial Co-Debtor  **N S**

## Part 1: Payment and Length of Plan

a. The debtor shall pay **1,750.00 Monthly** to the Chapter 13 Trustee, starting on **April 1, 2020** for approximately **8** months, then pay **24,762.29 Monthly** to the Chapter 13 Trustee, starting on **September 1, 2020 (see below)** for approximately **1** months, and then pay **3,650.00 Monthly** to the Chapter 13 Trustee, starting on **January 1, 2021** for approximately **51** months.

b. The debtor shall make plan payments to the Trustee from the following sources:
- ☑ Future Earnings
- ☑ Other sources of funding (describe source, amount and date when funds are available): **Sum of $24,762.29 was paid to Trustee on or around 9/22/2020 representing non-exempt proceeds of sale of Debtors Residence, 1010 Breckenridge Drive, Branchburg, NJ 08876, pursuant to Order Authorizing Sale.
May also include non-exempt proceeds of sale of "Belize Properties" to extent that Debtor is not otherwise satisfying requirements of 11 U.S.C. §1325(a)(4) through the payments under the Plan.**

c. Use of real property to satisfy plan obligations:
- ☑ Sale of real property
Description: **Debtors' Interest in Properties (Lot SR229 and E35) located in Belize to the extent the Debtor is able to acquire title and to extent necessary to satisfy requirements of 11 U.S.C. §1325(a)(4). As Debtors do not currently hold title, sale date is subject to Debtors acquiring title to allow marketing and sale.**
Proposed date for completion: **12/31/2021**

- ☐ Refinance of real property:
Description:
Proposed date for completion:

- ☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion:

d. ☑ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☑ Other information that may be important relating to the payment and length of plan:
**Debtor has paid a total of $38,762.29 to Trustee through December 2020 which includes the $24,762.29 in non-exempt proceeds of sale of former residence/Breckenridge Property plus $14,000.00 in direct trustee plan payments over 9 months from April 2020 to December 2020.**

**Debtors' total amount of non-exempt equity in assets is $104,815.83 plus any non-exempt equity in Belize Properties with total amount required to satisfy 11 U.S.C. §1325(a)(4) to be fixed upon determination of Debtors' interest in Belize Properties.**

## Part 2: Adequate Protection          X NONE

a. Adequate protection payments will be made in the amount of $____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to ____ (creditor).

b. Adequate protection payments will be made in the amount of $____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: ____ (creditor).

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

### Part 3: Priority Claims (Including Administrative Expenses)

a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| **Justin M. Gillman, Esq.** | **Attorney Fees**<br><br>Amount to be paid through Plan does not include funds held in Trust by Attorney from sale of Property pursuant to Order | 9,000.00<br>At an amount to be determined by application pursuant to D.N.J. LBR 2016-5(c) |
| **Internal Revenue Service (IRS)** | Taxes and certain other debts | 3,786.49 |
| **New York State** | Taxes and certain other debts | 190,609.86 |

b. Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
Check one:
☑ None
☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|

### Part 4: Secured Claims

**a. Curing Default and Maintaining Payments on Principal Residence:** ☑ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|

**b. Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:** ☐ **NONE**

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| **Swbc Mortgage (Claim 16-1)** | **1626 Stimson Street Jacksonville, FL 32210 Duval County** | 603.40 | 0.00 | 603.40 | 789.00 |
| **Swbc Mortgage (Claim 18-1)** | **1382 Manotak Avenue Jacksonville, FL 32210 Duval County** | 161.50 | 0.00 | 161.50 | 677.00 |

**c. Secured claims excluded from 11 U.S.C. 506:** ☑ **NONE**

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

3

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
| | | | | |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments** ☑ **NONE**

      1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to Be Paid |
|---|---|---|---|---|---|---|---|
| -NONE- | | | | | | | |

      2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e. Surrender** ☑ **NONE**

      Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
| | | | |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

      The following secured claims are unaffected by the Plan:

Creditor
**Pnc Mortgage (Mortgage on 1010 Breckenridge paid in full outside Plan at sale of Property pursuant to Order Authorizing Sale)**

**g. Secured Claims to be Paid in Full Through the Plan** ☑ **NONE**

| Creditor | Collateral | Total Amount to be Paid through the Plan |
|---|---|---|
| | | |

## Part 5: Unsecured Claims     ☐ NONE

    a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

        ☐    Not less than $____ to be distributed *pro rata*

        ☐    Not less than ___ percent

        ☑    *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
| | | | |

## Part 6: Executory Contracts and Unexpired Leases    ☐ NONE

(NOTE: See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|---|---|---|---|---|
| American Honda Finance | 0.00 | Lease  Monthly payments: $485.00 | NO Arrearage | 485.00 |
| American Honda Finance | 0.00 | Lease  Monthly payments: $462.32 | NO Arrearage | 462.32 |

## Part 7: Motions    ☒ NONE

**NOTE: All plans containing motions must be served on all affected lienholders, together with local form,** *Notice of Chapter 13 Plan Transmittal,* **within the time and in the manner set forth in D.N.J. LBR 3015-1. A** *Certification of Service, Notice of Chapter 13 Plan Transmittal and valuation* **must be filed with the Clerk of Court when the plan and transmittal notice are served.**

a. **Motion to Avoid Liens under 11 U.S.C. Section 522(f).** ☑ NONE
The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

b. **Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

c. **Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☑ NONE

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and

5

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| to void liens on collateral consistent with Part 4 above: | | | | | | |

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|

### Part 8: Other Plan Provisions

a. **Vesting of Property of the Estate**
   ☑ Upon Confirmation
   ☐ Upon Discharge

b. **Payment Notices**
   Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

c. **Order of Distribution**

   The Standing Trustee shall pay allowed claims in the following order:
   1) Ch. 13 Standing Trustee Commissions
   2) **Other Administrative Claims**
   3) **Secured Claims**
   4) **Lease Arrearages**
   5) **Priority Claims**
   6) **General Unsecured Claims**

d. **Post-Petition Claims**

   The Standing Trustee ☐ is, ☑ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

### Part 9: Modification    ☐ NONE

**NOTE: Modification of a plan does not require that a separate motion be filed. A modified plan must be served in accordance with D.N.J. LBR 3015-2.**

If this Plan modifies a Plan previously filed in this case, complete the information below.
Date of Plan being modified: **08/10/2020**.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| **Debtors completed sale of primary Residence and paid non-exempt equity to Trustee. Change in circumstances. Debtor-husband obtained new employment. Priority claim of taxing authority filed.** | **Modified Plan confirms completion of sale of Primary Residence with non-exempt equity paid to Trustee. Plan provides for increase in payments effective January 1, 2021, based on current income and expenses and for payment of all priority claims through Plan.** |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☑ Yes    ☐ No

### Part 10 : Non-Standard Provision(s): Signatures Required

Non-Standard Provisions Requiring Separate Signatures:
☐ NONE

6

☑ Explain here:
**\*This plan is a step plan or has lumpsum payments as follows: $1,750.00 per month for 8 months, then $24,762.29 per month for 1 month, then $3,650.00 per month for 51 months**

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to *Local Form, Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date:  **December 11, 2020**  /s/ **Scott D Stearns**
**Scott D Stearns**
Debtor

Date:  **December 11, 2020**  /s/ **Naoko Stearns**
**Naoko Stearns**
Joint Debtor

Date  **December 11, 2020**  /s/ **Justin M. Gillman, Esq.**
**Justin M. Gillman, Esq.**
Attorney for the Debtor(s)

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-14541-MBK |
| Scott D Stearns | Chapter 13 |
| Naoko Stearns | |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Dec 14, 2020 | Form ID: pdf901 | Total Noticed: 91 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott D Stearns, Naoko Stearns, 8 Museum Way, #1609, Cambridge, MA 02141-1889 |
| r | + | Keller Williams Towne Square Realty, 222 Mounty Airy Road, Basking Ridge, NJ 07920-2335 |
| cr | + | SWBC MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518767832 | + | 20 Pine Street Investors LLC, c/o The Klein Group, LLC, 25A Hanover Road, Suite 350, Florham Park, NJ 07932-1425 |
| 518842997 | + | 20 Pine Street Investors, LLC, c/o Edward David Esq., Edward DAvid & Associates, LLC, 72 Eagle Rock Avenue, Suite 260, East Hanover, NJ 07936-3100 |
| 518767837 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 518767847 | + | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 518767845 | + | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518767844 | + | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 518767843 | + | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518767851 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982236, El Paso, TX 79998-2236 |
| 518767849 | + | Bancorp., 30 N. LaSalle Street, Suite 2320, Chicago, IL 60602-3823 |
| 518767850 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518784813 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518767856 | + | Capital One / Casual, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518767855 | + | Capital One / Casual, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518837998 | + | Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518767870 | + | Chase Card Services, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518767872 | + | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518767871 | + | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518767873 | + | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettsburg, MD 20898-9438 |
| 518767874 | + | Citimortgage, Po Box 6243, Sioux Falls, SD 57117-6243 |
| 518767875 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518767881 | + | Eco-Futures Development, 600 Anton Blvd., 11th Floor, Costa Mesa, CA 92626-7100 |
| 518767882 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518767885 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518767886 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, Attn: Bankruptcy, 38 Fountain Square Plaza, Cincinnati, OH 45263 |
| 518767890 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 518767887 | + | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45277-0001 |
| 518767889 | + | Firstmark Services, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 518767888 | + | Firstmark Services, Attn: Bankruptcy, Po Box 82522, Lincoln, NE 68501-2522 |
| 518767891 | + | Ford Motor Credit, Pob 542000, Omaha, NE 68154-8000 |
| 518804031 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518767893 | | Kabbage, Inc., PO Box, 77081, Atlanta, GA 30357 |
| 518767896 | + | Marshack Hays LLP, 870 Roosevelt, Irvine, CA 92620-3663 |
| 518767897 | + | New York State, Department of Taxation and Finance, Bankrtupcy Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 518767904 | + | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |

| Recip ID | | Recipient |
|---|---|---|
| 518767905 | | Raymour & Flanigan, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 518767906 | + | Robb Evans & Associates LLC, Receiver, 11450 Sheldon Street, Sun Valley, CA 91352-1121 |
| 518841256 | + | SWBC MORTGAGE CORPORATION, CENLAR FSB, BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 518767907 | + | Sheldon Rosenberg, 3 Stanford Court, West Orange, NJ 07052-2023 |
| 518767908 | + | Singer Lewak, 10960 Wilshire Blvd., 7th Floor, Los Angeles, CA 90024-3710 |
| 518767910 | | State of New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518767911 | | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767917 | + | Swbc Mortgage, P O Box 77404, Ewing, NJ 08628-6404 |
| 518767922 | + | Syncb/Lord & Taylor, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518796332 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2100 |
| 518767928 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 518767927 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518767933 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518767934 | + | Ultimate Brands, c/o Richard A. Marshack, Ch. 7 Trustee, 870 Roosevelt, Irvine, CA 92620-3663 |
| 518767936 | + | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |
| 518767935 | + | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 53

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 14 2020 22:31:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 14 2020 22:31:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518767838 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 14 2020 22:31:00 | American Honda Finance, 600 Kelly Way, Holyoke, MA 01040 |
| 518767833 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 14 2020 22:31:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518770086 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 14 2020 22:31:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518767841 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 14 2020 22:31:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518767842 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Dec 14 2020 22:31:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518793124 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 14 2020 22:30:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 518767853 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 14 2020 22:53:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518767854 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 14 2020 22:56:46 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518767879 | | Email/Text: mrdiscen@discover.com | Dec 14 2020 22:30:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518767880 | | Email/Text: mrdiscen@discover.com | Dec 14 2020 22:30:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518777049 | | Email/Text: mrdiscen@discover.com | Dec 14 2020 22:30:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518767884 | | Email/Text: eslbankruptcynotifications@esl.org | Dec 14 2020 22:31:00 | ESL Federal Credit Union, 100 Kings Highway, Rochester, NY 14617 |
| 518767883 | + | Email/Text: eslbankruptcynotifications@esl.org | Dec 14 2020 22:31:00 | ESL Federal Credit Union, Attn: Bankruptcy Dept, Po Box 92714, Rochester, NY 14692-8814 |
| 518767892 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 14 2020 22:31:00 | Internal Revenue Service (IRS), Department of |

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Dec 14, 2020 | Form ID: pdf901 | Total Noticed: 91 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518767859 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 14 2020 22:53:14 | Chase, 700 Kansas Lane, Monroe, LA 71203 |
| 518767857 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 14 2020 22:53:14 | Chase, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767861 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 14 2020 22:53:14 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767866 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 14 2020 23:00:14 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518767894 | | Email/Text: camanagement@mtb.com | Dec 14 2020 22:31:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518767895 | | Email/Text: camanagement@mtb.com | Dec 14 2020 22:31:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 518767898 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2020 22:30:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518767900 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2020 22:30:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518767899 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2020 22:30:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518767902 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2020 22:30:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518767903 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2020 22:30:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518840646 | + | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2020 22:30:00 | PNC BANK, National Association, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 518767920 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2020 22:56:41 | Syncb/Car Care, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518767919 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2020 22:56:41 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518767921 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2020 23:00:10 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518767924 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2020 23:00:10 | Synchrony Bank/HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518767923 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2020 22:56:42 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518767925 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2020 22:53:07 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518767926 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2020 22:53:08 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518767931 | | Email/Text: bankruptcy@td.com | Dec 14 2020 22:31:00 | TD Bank, N.A., 32 Chestnut Street, Lewiston, ME 04240 |
| 518767929 | | Email/Text: bankruptcy@td.com | Dec 14 2020 22:31:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518836413 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Dec 14 2020 23:00:42 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 38

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342-5421 |

District/off: 0312-3 | User: admin | Page 4 of 5
Date Rcvd: Dec 14, 2020 | Form ID: pdf901 | Total Noticed: 91

| | | |
|---|---|---|
| 518767839 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 518767840 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 600 Kelly Way, Holyoke, MA 01040 |
| 518767834 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518767835 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518767836 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518767846 | *+ | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518767848 | *+ | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 518767852 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 518767876 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518767877 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518767878 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518767860 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, 700 Kansas Lane, Monroe, LA 71203 |
| 518767858 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767862 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767863 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767864 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767865 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767867 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518767868 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518767869 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518767901 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518767915 | * | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767916 | * | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767912 | * | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767913 | * | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767914 | * | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767918 | *+ | Swbc Mortgage, P O Box 77404, Ewing, NJ 08628-6404 |
| 518767932 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., 32 Chestnut Street, Lewiston, ME 04240 |
| 518767930 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518767909 | ##+ | Singer Lewak, 3600 S. Yosemite St., Suite 600, Denver, CO 80237-1829 |

TOTAL: 0 Undeliverable, 30 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2020      Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor SWBC Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Frank J Martone | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com |
| Justin M Gillman | on behalf of Debtor Scott D Stearns ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Joint Debtor Naoko Stearns ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Robert Davidow | on behalf of Creditor SWBC MORTGAGE CORPORATION nj.bkecf@fedphe.com |
| Sherri Jennifer Smith | on behalf of Creditor SWBC MORTGAGE CORPORATION ssmith@pincuslaw.com  nj.bkecf@fedphe.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8