| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| CN 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 02/25/2021
Chapter 13 Case No. 20-14541 / MBK

Scott D Stearns

Naoko Stearns

Petition Filed Date: 03/17/2020
341 Hearing Date: 04/16/2020
Confirmation Date: 01/13/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/06/2020 | $1,000.00 | 66945680 | 05/04/2020 | $2,500.00 | 67576770 | 06/01/2020 | $1,500.00 | 68313740 |
| 07/06/2020 | $1,500.00 | 69181640 | 08/05/2020 | $1,500.00 | 69922800 | 09/04/2020 | $1,500.00 | 70666640 |
| 09/22/2020 | $24,762.29 | 570012445 | 10/02/2020 | $1,500.00 | 71312090 | 11/09/2020 | $1,500.00 | 72172030 |
| 12/03/2020 | $1,500.00 | 72815350 | 01/04/2021 | $1,500.00 | 73550420 | 01/08/2021 | $2,150.00 | 73658250 |
| 02/02/2021 | $3,550.00 | 74242380 | | | | | | |

**Total Receipts for the Period: $45,962.29    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $45,962.29**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Scott D Stearns | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq. | Attorney Fees | $9,000.00 | $0.00 | $9,000.00 |
| | | Hold Funds: Pending Resolution | | | |
| 1 | AMERICAN HONDA FINANCE<br>»»  2018 HONDA CIVIC/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 2 | AMERICAN HONDA FINANCE<br>»»  2020 HONDA CIVIC/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK | Unsecured Creditors | $24,199.55 | $0.00 | $24,199.55 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $87,890.20 | $0.00 | $87,890.20 |
| 5 | CITIZENS BANK, N.A. | Unsecured Creditors | $8,213.90 | $0.00 | $8,213.90 |
| 6 | INTERNAL REVENUE SERVICE<br>»»  2018-2019 | Priority Crediors | $3,985.30 | $518.07 | $3,467.23 |
| 7 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $201.28 | $0.00 | $201.28 |
| 8 | TD BANK, N.A. | Unsecured Creditors | $16,065.82 | $0.00 | $16,065.82 |
| 9 | TD BANK, N.A. | Unsecured Creditors | $2,809.69 | $0.00 | $2,809.69 |
| 10 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $17,343.36 | $0.00 | $17,343.36 |
| 11 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $22,478.27 | $0.00 | $22,478.27 |
| 12 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $14,620.70 | $0.00 | $14,620.70 |
| 13 | PNC Bank, N.A. | Unsecured Creditors | $9,343.74 | $0.00 | $9,343.74 |
| 14 | THE BANCORP BANK | Unsecured Creditors | $490,361.22 | $0.00 | $490,361.22 |
| 15 | Verizon by American InfoSource as Agent | Unsecured Creditors | $121.06 | $0.00 | $121.06 |
| 16 | Verizon by American InfoSource as Agent | Unsecured Creditors | $91.19 | $0.00 | $91.19 |
| 17 | SWBC MTG CORPORATION<br>»»  NP/1626 STIMSON ST/1ST MTG | Mortgage Arrears | $603.40 | $603.40 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| 18 | PNC BANK, NA<br>»»  P/1010 BRECKENRIDGE DR/1ST MTG | Mortgage Arrears<br>No Disbursements: Paid at real estate closing | $0.00 | $0.00 | $0.00 |
| 19 | SWBC MTG CORPORATION<br>»»  NP/1382 MANOTAK AVE/1ST MTG | Mortgage Arrears | $161.50 | $161.50 | $0.00 |
| 20 | 20 PINE ST INVESTORS, LLC<br>»»  *IMPROPER PDF* | No Disbursements: Problem | $0.00 | $0.00 | $0.00 |
| 21 | 20 PINE ST INVESTORS, LLC<br>»»  COMMERCIAL LEASE | Unsecured Creditors<br>Hold Funds: Pending Resolution | $4,115,334.00 | $0.00 | $4,115,334.00 |
| 22 | NEW YORK STATE<br>»»  S&U 8/2019 | Priority Creditors | $190,609.86 | $24,778.59 | $165,831.27 |
| 23 | NEW YORK STATE<br>»»  PENALTY | Unsecured Creditors | $52,035.24 | $0.00 | $52,035.24 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 2/25/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $45,962.29 | Plan Balance: | $171,800.00 ** |
| Paid to Claims: | $26,061.56 | Current Monthly Payment: | $3,550.00 |
| Paid to Trustee: | $4,139.93 | Arrearages: | $0.00 |
| Funds on Hand: | $15,760.80 | Total Plan Base: | $217,762.29 |

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.russotrustee.com/epay for more  information.**

- **View your case information online for *FREE*!  Register today at www.ndc.org.**

**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**