Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20−14541−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Scott D Stearns                              Naoko Stearns
8 Museum Way                                 8 Museum Way
#1609                                        #1609
Cambridge, MA 02141                          Cambridge, MA 02141

Social Security No.:
   xxx−xx−7433                               xxx−xx−2771

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 2, 2021.

Dated: March 2, 2021
JAN: dmi

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 20-14541-MBK
Scott D Stearns  Chapter 13
Naoko Stearns
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 5
Date Rcvd: Mar 02, 2021      Form ID: plncf13      Total Noticed: 92

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott D Stearns, Naoko Stearns, 8 Museum Way, #1609, Cambridge, MA 02141-1889 |
| r | + | Keller Williams Towne Square Realty, 222 Mounty Airy Road, Basking Ridge, NJ 07920-2335 |
| cr | + | SWBC MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518767832 | + | 20 Pine Street Investors LLC, c/o The Klein Group, LLC, 25A Hanover Road, Suite 350, Florham Park, NJ 07932-1425 |
| 518842997 | + | 20 Pine Street Investors, LLC, c/o Edward David Esq., Edward DAvid & Associates, LLC, 72 Eagle Rock Avenue, Suite 260, East Hanover, NJ 07936-3100 |
| 518767837 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 518767845 | + | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518767847 | + | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 518767844 | + | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 518767843 | + | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518767851 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982236, El Paso, TX 79998-2236 |
| 518767849 | + | Bancorp., 30 N. LaSalle Street, Suite 2320, Chicago, IL 60602-3823 |
| 518767850 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518784813 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518767856 | + | Capital One / Casual, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518767855 | + | Capital One / Casual, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518837998 | + | Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 518767870 | + | Chase Card Services, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518767872 | + | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518767871 | + | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518767873 | + | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettsburg, MD 20898-9438 |
| 518767874 | + | Citimortgage, Po Box 6243, Sioux Falls, SD 57117-6243 |
| 518767875 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518767877 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518767881 | + | Eco-Futures Development, 600 Anton Blvd., 11th Floor, Costa Mesa, CA 92626-7100 |
| 518767882 | | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518767885 | + | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518767886 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank, Attn: Bankruptcy, 38 Fountain Square Plaza, Cincinnati, OH 45263 |
| 518767890 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 518767887 | + | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45277-0001 |
| 518767889 | + | Firstmark Services, 121 South 13th Street, Lincoln, NE 68508-1904 |
| 518767888 | + | Firstmark Services, Attn: Bankruptcy, Po Box 82522, Lincoln, NE 68501-2522 |
| 518767891 | + | Ford Motor Credit, Pob 542000, Omaha, NE 68154-8000 |
| 518804031 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518767893 | | Kabbage, Inc., PO Box, 77081, Atlanta, GA 30357 |
| 518767896 | + | Marshack Hays LLP, 870 Roosevelt, Irvine, CA 92620-3663 |

Case 20-14541-MBK　Doc 63　Filed 03/04/21　Entered 03/05/21 00:20:21　Desc Imaged
　　　　　　　　　　　　Certificate of Notice　Page 3 of 6

| District/off: 0312-3 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 02, 2021 | Form ID: plncf13 | Total Noticed: 92 |

| | | |
|---|---|---|
| 518767897 | + | New York State, Department of Taxation and Finance, Bankrtupcy Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 518767904 | + | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 518767905 | | Raymour & Flanigan, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 518767906 | + | Robb Evans & Associates LLC, Receiver, 11450 Sheldon Street, Sun Valley, CA 91352-1121 |
| 518841256 | + | SWBC MORTGAGE CORPORATION, CENLAR FSB, BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 518767907 | + | Sheldon Rosenberg, 3 Stanford Court, West Orange, NJ 07052-2023 |
| 518767908 | + | Singer Lewak, 10960 Wilshire Blvd., 7th Floor, Los Angeles, CA 90024-3710 |
| 518767910 | | State of New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518767911 | | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767917 | + | Swbc Mortgage, P O Box 77404, Ewing, NJ 08628-6404 |
| 518767922 | + | Syncb/Lord & Taylor, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518796332 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |
| 518767927 | + | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518767928 | + | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 518767933 | | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518767934 | + | Ultimate Brands, c/o Richard A. Marshack, Ch. 7 Trustee, 870 Roosevelt, Irvine, CA 92620-3663 |
| 518767935 | + | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 518767936 | + | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 54

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 02 2021 20:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 02 2021 20:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518767838 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 02 2021 20:35:00 | American Honda Finance, 600 Kelly Way, Holyoke, MA 01040 |
| 518767833 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 02 2021 20:35:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518770086 | | Email/Text: ebnbankruptcy@ahm.honda.com | Mar 02 2021 20:35:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518767845 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 21:41:07 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518767847 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 21:41:06 | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 518767841 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 02 2021 20:34:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518767842 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 02 2021 20:34:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518793124 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 02 2021 20:33:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 518767853 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 02 2021 21:40:53 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518767854 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 02 2021 21:39:20 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518767872 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 21:39:34 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518767871 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 21:41:07 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518767874 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 02 2021 21:40:20 | Citimortgage, Po Box 6243, Sioux Falls, SD 57117-6243 |

Case 20-14541-MBK    Doc 63    Filed 03/04/21    Entered 03/05/21 00:20:21    Desc Imaged
Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Mar 02, 2021 | Form ID: plncf13 | Total Noticed: 92 |

| | | | | |
|---|---|---|---|---|
| 518767873 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Mar 02 2021 21:41:06 | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettsburg, MD 20898-9438 |
| 518767879 | | Email/Text: mrdiscen@discover.com | | |
| | | | Mar 02 2021 20:34:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518767880 | | Email/Text: mrdiscen@discover.com | | |
| | | | Mar 02 2021 20:34:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518767875 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Mar 02 2021 21:39:32 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518767877 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Mar 02 2021 21:41:07 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518777049 | | Email/Text: mrdiscen@discover.com | | |
| | | | Mar 02 2021 20:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518767884 | | Email/Text: eslbankruptcynotifications@esl.org | | |
| | | | Mar 02 2021 20:35:00 | ESL Federal Credit Union, 100 Kings Highway, Rochester, NY 14617 |
| 518767883 | + | Email/Text: eslbankruptcynotifications@esl.org | | |
| | | | Mar 02 2021 20:35:00 | ESL Federal Credit Union, Attn: Bankruptcy Dept, Po Box 92714, Rochester, NY 14692-8814 |
| 518767892 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Mar 02 2021 20:34:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518767859 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | | Mar 02 2021 21:39:19 | Chase, 700 Kansas Lane, Monroe, LA 71203 |
| 518767857 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | | Mar 02 2021 21:40:05 | Chase, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767861 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | | Mar 02 2021 21:40:51 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767866 | | Email/PDF: ais.chase.ebn@americaninfosource.com | | |
| | | | Mar 02 2021 21:40:52 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518767894 | | Email/Text: camanagement@mtb.com | | |
| | | | Mar 02 2021 20:34:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518767895 | | Email/Text: camanagement@mtb.com | | |
| | | | Mar 02 2021 20:34:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 518767898 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Mar 02 2021 20:34:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518767900 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Mar 02 2021 20:34:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518767899 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Mar 02 2021 20:34:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518767902 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Mar 02 2021 20:34:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518767903 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Mar 02 2021 20:34:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518840646 | + | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Mar 02 2021 20:34:00 | PNC BANK, National Association, 3232 Newmark Drive, Miamisburg, OH 45342-5421 |
| 518767920 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 02 2021 21:40:49 | Syncb/Car Care, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518767919 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 02 2021 21:40:02 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518767921 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 02 2021 21:40:03 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518767924 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 02 2021 21:40:49 | Synchrony Bank/HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518767923 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Mar 02 2021 21:39:16 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po |

Case 20-14541-MBK    Doc 63    Filed 03/04/21    Entered 03/05/21 00:20:21    Desc Imaged
Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 02, 2021 | Form ID: plncf13 | Total Noticed: 92 |

| Recip ID | Bypass Reason | Email/Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518767925 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:39:17 | Box 965060, Orlando, FL 32896-5060<br>Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518767926 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 02 2021 21:39:16 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518767931 | | Email/Text: bankruptcy@td.com | Mar 02 2021 20:35:00 | TD Bank, N.A., 32 Chestnut Street, Lewiston, ME 04240 |
| 518767929 | | Email/Text: bankruptcy@td.com | Mar 02 2021 20:35:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518836413 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 02 2021 21:40:17 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342-5421 |
| 518767839 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 518767840 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 600 Kelly Way, Holyoke, MA 01040 |
| 518767834 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518767835 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518767836 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518767846 | *+ | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518767848 | *+ | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 518767852 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, Po Box 982238, El Paso, TX 79998 |
| 518767876 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518767878 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222, address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518767860 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, 700 Kansas Lane, Monroe, LA 71203 |
| 518767858 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767862 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767863 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767864 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767865 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767867 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518767868 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518767869 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518767901 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518767915 | * | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767916 | * | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767912 | * | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767913 | * | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767914 | * | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767918 | *+ | Swbc Mortgage, P O Box 77404, Ewing, NJ 08628-6404 |
| 518767932 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., 32 Chestnut |

| District/off: 0312-3 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Mar 02, 2021 | Form ID: plncf13 | Total Noticed: 92 |

|  |  |  |
|---|---|---|
|  |  | Street, Lewiston, ME 04240 |
| 518767930 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518767909 | ##+ | Singer Lewak, 3600 S. Yosemite St., Suite 600, Denver, CO 80237-1829 |

TOTAL: 0 Undeliverable, 29 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 04, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor SWBC Mortgage Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Frank J Martone | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com |
| Justin M Gillman | on behalf of Debtor Scott D Stearns ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | on behalf of Joint Debtor Naoko Stearns ecf@gbclawgroup.com R47252@notify.bestcase.com,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Melissa N. Licker | on behalf of Creditor SWBC Mortgage Corporation NJ_ECF_Notices@mccalla.com mccallaecf@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7