UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Marc C. Capone, Esq.
Gillman, Bruton & Capone, LLC
60 Highway 71, Unit 2
Spring Lake Heights, New Jersey 07762
(732) 528-1166
Attorney for Debtor

| | |
|---|---|
| In Re: | Case No.: ___20-14541-MBK___ |
| Scott Stearns and Naoko Stearns | Chapter: _____13_____ |
| | Judge: ___Michael Kaplan___ |

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:   Scott Stearns and Naoko Stearns_____
(Example: John Smith, creditor)

Old address:   1010 Breckenridge Drive_____

Branchburg, NJ 08876_____

_____

New address:   408 NE 6th Street Unit 413_____

Fort Lauderdale, FL 33304_____

_____

New phone no.:_____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:   07/09/2021_____          /s/ Scott Stearns and Naoko Stearns_____
                                                        Signature

*rev.2/1/16*