**GILLMAN, BRUTON & CAPONE, LLC**
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

**Order Filed on October 14, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:<br><br>Scott and Naoko Stearns,<br><br>Debtor(s). | Chapter 13<br><br>Case No. 20-14541 MBK<br><br>Hearing Date: October 13, 2021<br><br>Judge: Michael B. Kaplan |
|---|---|

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: October 14, 2021**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

4813-0553-3688, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Justin Gillman_____, the applicant, is allowed a fee of $_____1,847.50_____ for services rendered and expenses in the amount of $_____0_____ for a total of $_____1,847.50_____. The allowance is payable:

☒ $__1,847.50____ through the Chapter 13 plan as an administrative priority.

☒ $_____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____3,595.00_____ per month for ___41___ months beginning in November 2021 to allow for payment of the above fee.

*rev.8/1/15*

4813-0553-3688, v. 1