| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
**Chapter 13 Case No. 20-14541 / MBK**

Scott D Stearns  
Naoko Stearns

Petition Filed Date: 03/17/2020  
341 Hearing Date: 04/16/2020  
Confirmation Date: 01/13/2021

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2022 | $3,595.00 | 82285880 | 02/09/2022 | $3,595.00 | 82622940 | 03/03/2022 | $3,595.00 | 83156490 |
| 04/04/2022 | $3,595.00 | 83824610 | 05/03/2022 | $3,595.00 | 84436890 | 06/06/2022 | $3,595.00 | 85101610 |
| 07/05/2022 | $3,595.00 | 85700850 | 08/05/2022 | $3,595.00 | 86322420 | 09/06/2022 | $3,595.00 | 86906670 |
| 10/04/2022 | $3,595.00 | 87479920 | 11/03/2022 | $3,595.00 | 88066760 | 12/05/2022 | $3,595.00 | 88634990 |
| 01/09/2023 | $3,595.00 | 89270860 | 02/06/2023 | $3,595.00 | 89796850 | 03/06/2023 | $3,595.00 | 90396650 |

**Total Receipts for the Period: $53,925.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $135,477.29**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Scott D Stearns | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»» ORDER FEES 2/26/2021 | Attorney Fees | $11,343.50 | $11,343.50 | $0.00 |
| 1 | AMERICAN HONDA FINANCE<br>»» 2018 HONDA CIVIC/LEASE/DEF BAL | Unsecured Creditors | $148.28 | $0.00 | $148.28 |
| 2 | AMERICAN HONDA FINANCE<br>»» 2020 HONDA CIVIC/LEASE ASSUMED | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK | Unsecured Creditors | $24,199.55 | $0.00 | $24,199.55 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $87,890.20 | $0.00 | $87,890.20 |
| 5 | CITIZENS BANK, N.A. | Unsecured Creditors | $8,213.90 | $0.00 | $8,213.90 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2018-2019 | Priority Crediors | $3,786.49 | $2,039.36 | $1,747.13 |
| 7 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $198.81 | $0.00 | $198.81 |
| 8 | TD BANK, N.A. | Unsecured Creditors | $16,065.82 | $0.00 | $16,065.82 |
| 9 | TD BANK, N.A. | Unsecured Creditors | $2,809.69 | $0.00 | $2,809.69 |
| 10 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $17,343.36 | $0.00 | $17,343.36 |
| 11 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $22,478.27 | $0.00 | $22,478.27 |
| 12 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $14,620.70 | $0.00 | $14,620.70 |
| 13 | PNC Bank, N.A. | Unsecured Creditors | $9,343.74 | $0.00 | $9,343.74 |
| 14 | THE BANCORP BANK<br>»» STEARNS DEVELOPMENT GROUP SBA LOAN | Unsecured Creditors | $490,361.22 | $0.00 | $490,361.22 |
| 15 | Verizon by American InfoSource as Agent | Unsecured Creditors | $121.06 | $0.00 | $121.06 |
| 16 | Verizon by American InfoSource as Agent | Unsecured Creditors | $91.19 | $0.00 | $91.19 |

**Chapter 13 Case No. 20-14541 / MBK**

| # | Creditor | Type | Claim | Paid | Balance |
|---|---|---|---:|---:|---:|
| 17 | SWBC MTG CORPORATION<br>»» NP/1626 STIMSON ST/1ST MTG | Mortgage Arrears | $603.40 | $603.40 | $0.00 |
| 18 | PNC BANK, NA<br>»» P/1010 BRECKENRIDGE DR/1ST MTG | Mortgage Arrears<br>No Disbursements: Paid at real estate closing | $0.00 | $0.00 | $0.00 |
| 19 | SWBC MTG CORPORATION<br>»» NP/1382 MANOTAK AVE/1ST MTG | Mortgage Arrears | $161.50 | $161.50 | $0.00 |
| 20 | 20 PINE ST INVESTORS, LLC<br>»» *IMPROPER PDF* | No Disbursements: Problem | $0.00 | $0.00 | $0.00 |
| 21 | 20 PINE ST INVESTORS, LLC<br>»» COMMERCIAL LEASE | Unsecured Creditors<br>Hold Funds: Pending Resolution | $4,115,334.00 | $0.00 | $4,115,334.00 |
| 22 | NEW YORK STATE<br>»» S&U 8/2019 | Priority Crediors | $190,609.86 | $101,704.01 | $88,905.85 |
| 23 | NEW YORK STATE<br>»» PENALTY | Unsecured Creditors | $52,035.24 | $0.00 | $52,035.24 |
| 0 | Justin M. Gillman, Esq.<br>»» ORDER 10/14/21 | Attorney Fees | $1,847.50 | $1,847.50 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 3/13/2023:

| | | | |
|---|---:|---|---:|
| Total Receipts: | $135,477.29 | Plan Balance: | $189,959.21 ** |
| Paid to Claims: | $117,699.27 | Current Monthly Payment: | $3,595.00 |
| Paid to Trustee: | $11,105.70 | Arrearages: | $0.00 |
| Funds on Hand: | $6,672.32 | Total Plan Base: | $325,436.50 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more information.**

View your case information online for *FREE*!  Register today at **www.ndc.org** or scan this code to get started.



 **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.