UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In Re: | Scott Stearns | Case No.: | 20-14541 |
| | Naoko Stearns | Chapter: | 13 |
| | | Judge: | MBK |

## NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

<u>Scott Stearns and Naoko Stearns, Debtors</u>, in this case propose a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the person named below not later 7 days before the hearing date.

| | |
|---|---|
| **Address of the Clerk:** | Clerk of the U.S. Bankruptcy Court<br>Clarkson S. Fisher U.S. Courthouse<br>402 East State Street<br>Trenton, NJ 08608 |

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan, U.S.B.J. on <u>December 27, 2023</u> at <u>9:00</u> a.m. at the United States Bankruptcy Court, courtroom no. 8, 402 East State Street Trenton, NJ 08608 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

**Nature of action:** Debtors' claims against developer of Sanctuary Belize entitled *In re Sanctuary Belize Litigation* matter in which Receiver was appointed relating to properties owned by the Debtors in Sanctuary Belize. Debtors have legal interest in two (2) plots of undeveloped land: (1) Sapodilla Ridge Lot SR229; and (2) Lot E035 (titled in S.D. Stearns Holdings, LLC owned 100% by Debtors).

**Pertinent terms of settlement:** Due to previously disclosed Federal Receivership in the U.S. District Court against developer of Sanctuary Belize entitled *In re Sanctuary Belize Litigation* matter, the Federal Trade Commission (FTC) and Court appointed Receiver proposed and approved a Redress Plan, also called the Compensation Plan, to compensate eligible Sanctuary Belize owners with funds recovered in the *In re Sanctuary Belize Litigation* matter, including the Debtors.

The Debtors' claims which are being resolved are redress payments have been approved by the U.S. District Court in the *In re Sanctuary Belize Litigation* matter via Order entered on June 14, 2023.

The Debtors have or will receive the following redress payments: (1) for Sapodilla Ridge Lot SR229 (Claim 922G92), $7,449.70; and (2) for Lot E035 (Claim G5TDDK), $8,072.40.

Objections must be served on, and requests for additional information directed to:

Name: Justin M. Gillman, Esq., Gillman, Bruton & Capone, LLC
Address: 770 Amboy Avenue, Edison, NJ 08837
Telephone No.: (732) 661-1664