UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | | | |
|---|---|---|---|
| In Re: | Scott Stearns | Case No.: | 20-14541 |
| | Naoko Stearns | Chapter: | 13 |
| | | Judge: | MBK |

### NOTICE OF PROPOSED COMPROMISE or SETTLEMENT OF CONTROVERSY

<u>Scott Stearns and Naoko Stearns, Debtors</u>, in this case propose a compromise, or to settle a claim and/or action as described below. If you object to the settlement or compromise, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the person named below not later 7 days before the hearing date.

> **Address of the Clerk:** Clerk of the U.S. Bankruptcy Court
> Clarkson S. Fisher U.S. Courthouse
> 402 East State Street
> Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable Michael B. Kaplan, U.S.B.J. on <u>December 27, 2023</u> at <u>9:00</u> a.m. at the United States Bankruptcy Court, courtroom no. 8, 402 East State Street Trenton, NJ 08608 (hearing to be scheduled for at least 28 days from the date of the filing of the notice). If no objection is filed the clerk will enter a *Certification of No Objection* and the settlement may be completed as proposed.

> **Nature of action:** Debtors' claims against developer of Sanctuary Belize entitled *In re Sanctuary Belize Litigation* matter in which Receiver was appointed relating to properties owned by the Debtors in Sanctuary Belize. Debtors have legal interest in two (2) plots of undeveloped land: (1) Sapodilla Ridge Lot SR229; and (2) Lot E035 (titled in S.D. Stearns Holdings, LLC owned 100% by Debtors).

> **Pertinent terms of settlement:** Due to previously disclosed Federal Receivership in the U.S. District Court against developer of Sanctuary Belize entitled *In re Sanctuary Belize Litigation* matter, the Federal Trade Commission (FTC) and Court appointed Receiver proposed and approved a Redress Plan, also called the Compensation Plan, to compensate eligible Sanctuary Belize owners with funds recovered in the *In re Sanctuary Belize Litigation* matter, including the Debtors.
> The Debtors' claims which are being resolved are redress payments have been approved by the U.S. District Court in the *In re Sanctuary Belize Litigation* matter via Order entered on June 14, 2023.

The Debtors have or will receive the following redress payments: (1) for Sapodilla Ridge Lot SR229 (Claim 922G92), $7,449.70; and (2) for Lot E035 (Claim G5TDDK), $8,072.40.

Objections must be served on, and requests for additional information directed to:

Name: Justin M. Gillman, Esq., Gillman, Bruton & Capone, LLC
Address: 770 Amboy Avenue, Edison, NJ 08837
Telephone No.: (732) 661-1664

United States Bankruptcy Court

District of New Jersey

In re:  
Scott D Stearns  
Naoko Stearns  
    Debtors

Case No. 20-14541-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 6  
Date Rcvd: Nov 22, 2023     Form ID: pdf905     Total Noticed: 92

The following symbols are used throughout this certificate:  
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | #+ | Scott D Stearns, Naoko Stearns, 408 NE 6th Street, Unit 413, Fort Laurderdale, FL 33304-6408 |
| r | #+ | Keller Williams Towne Square Realty, 222 Mounty Airy Road, Basking Ridge, NJ 07920-2335 |
| cr | + | SWBC MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518767832 | + | 20 Pine Street Investors LLC, c/o The Klein Group, LLC, 25A Hanover Road, Suite 350, Florham Park, NJ 07932-1425 |
| 518842997 | + | 20 Pine Street Investors, LLC, c/o Edward David Esq., Edward DAvid & Associates, LLC, 72 Eagle Rock Avenue, Suite 260, East Hanover, NJ 07936-3151 |
| 518767837 | ++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088 address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 518767849 | + | Bancorp., 30 N. LaSalle Street, Suite 2320, Chicago, IL 60602-3823 |
| 518767856 | + | Capital One / Casual, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518767855 | + | Capital One / Casual, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518767881 | + | Eco-Futures Development, 600 Anton Blvd., 11th Floor, Costa Mesa, CA 92626-7100 |
| 518767887 | + | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45277-0001 |
| 518767893 | | Kabbage, Inc., PO Box, 77081, Atlanta, GA 30357 |
| 518767896 | + | Marshack Hays LLP, 870 Roosevelt, Irvine, CA 92620-3663 |
| 518767905 | | Raymour & Flanigan, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 518841256 | + | SWBC MORTGAGE CORPORATION, CENLAR FSB, BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 518767907 | + | Sheldon Rosenberg, 3 Stanford Court, West Orange, NJ 07052-2023 |
| 518767908 | + | Singer Lewak, 10960 Wilshire Blvd., 7th Floor, Los Angeles, CA 90024-3710 |
| 518767911 | | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767917 | + | Swbc Mortgage, P O Box 77404, Ewing, NJ 08628-6404 |
| 518767922 | + | Syncb/Lord & Taylor, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518796332 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2190 |
| 518767934 | + | Ultimate Brands, c/o Richard A. Marshack, Ch. 7 Trustee, 870 Roosevelt, Irvine, CA 92620-3663 |

TOTAL: 22

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 22 2023 20:58:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 22 2023 20:58:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518767838 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 22 2023 20:58:00 | American Honda Finance, 600 Kelly Way, Holyoke, MA 01040 |

Case 20-14541-MBK    Doc 76    Filed 11/24/23    Entered 11/25/23 00:19:29    Desc Imaged
                               Certificate of Notice    Page 4 of 8

| District/off: 0312-3 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Nov 22, 2023 | Form ID: pdf905 | Total Noticed: 92 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518767833 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 22 2023 20:58:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518770086 | | Email/Text: ebnbankruptcy@ahm.honda.com | Nov 22 2023 20:58:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518767845 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2023 21:12:45 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518767847 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2023 21:12:46 | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 518767841 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 22 2023 20:58:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518767842 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Nov 22 2023 20:58:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518767844 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2023 21:12:43 | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 518767843 | + | Email/PDF: bncnotices@becket-lee.com | Nov 22 2023 21:13:08 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518767851 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 22 2023 20:57:00 | Bank of America, PO Box 982236, El Paso, TX 79998-2236 |
| 518767852 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 22 2023 20:57:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518767850 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 22 2023 20:57:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518784813 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Nov 22 2023 20:58:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518837998 | | Email/Text: BKelectronicnotices@cenlar.com | Nov 22 2023 20:58:00 | Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618 |
| 518793124 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 22 2023 20:57:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 518767853 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2023 21:12:57 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518767854 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 22 2023 21:12:48 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518767870 | ^ | MEBN | Nov 22 2023 20:53:36 | Chase Card Services, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518767872 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2023 21:12:59 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518767871 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2023 21:12:56 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518767874 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2023 21:13:07 | Citimortgage, Po Box 6243, Sioux Falls, SD 57117-6243 |
| 518767873 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2023 21:12:55 | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettsburg, MD 20898-9438 |
| 518767879 | | Email/Text: mrdiscen@discover.com | Nov 22 2023 20:57:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518767880 | | Email/Text: mrdiscen@discover.com | Nov 22 2023 20:57:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518767875 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2023 21:12:44 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518767877 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 22 2023 21:13:06 | Deptartment Store National Bank/Macy's, Po Box |

Case 20-14541-MBK    Doc 76    Filed 11/24/23    Entered 11/25/23 00:19:29    Desc Imaged
                              Certificate of Notice    Page 5 of 8

| District/off: 0312-3 | User: admin | Page 3 of 6 |
| --- | --- | --- |
| Date Rcvd: Nov 22, 2023 | Form ID: pdf905 | Total Noticed: 92 |

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| | | | | 8218, Mason, OH 45040 |
| 518777049 | | Email/Text: mrdiscen@discover.com | Nov 22 2023 20:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518767882 | | Email/Text: bankruptcycourts@equifax.com | Nov 22 2023 20:58:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518767884 | | Email/Text: eslbankruptcynotifications@esl.org | Nov 22 2023 20:58:55 | ESL Federal Credit Union, 100 Kings Highway, Rochester, NY 14617 |
| 518767883 | + | Email/Text: eslbankruptcynotifications@esl.org | Nov 22 2023 20:58:55 | ESL Federal Credit Union, Attn: Bankruptcy Dept, Po Box 92714, Rochester, NY 14692-8814 |
| 518767885 | ^ | MEBN | Nov 22 2023 20:53:17 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518767886 | | Email/Text: collectionbankruptcies.bancorp@53.com | Nov 22 2023 20:59:00 | Fifth Third Bank, Attn: Bankruptcy, 38 Fountain Square Plaza, Cincinnati, OH 45263 |
| 518767889 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Nov 22 2023 20:57:42 | Firstmark Services, 121 South 13th Street, Lincoln, NE 68508 |
| 518767888 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Nov 22 2023 20:57:42 | Firstmark Services, Attn: Bankruptcy, Po Box 82522, Lincoln, NE 68501 |
| 518767890 | | Email/Text: EBNBKNOT@ford.com | Nov 22 2023 20:58:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 518767891 | + | Email/Text: EBNBKNOT@ford.com | Nov 22 2023 20:58:00 | Ford Motor Credit, Pob 542000, Omaha, NE 68154-8000 |
| 518767892 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 22 2023 20:58:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518767859 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 22 2023 21:12:49 | Chase, 700 Kansas Lane, Monroe, LA 71203 |
| 518767857 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 22 2023 21:01:58 | Chase, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767861 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 22 2023 21:13:01 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767866 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 22 2023 21:12:48 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518804031 | + | Email/Text: RASEBN@raslg.com | Nov 22 2023 20:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518767894 | | Email/Text: camanagement@mtb.com | Nov 22 2023 20:58:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518767895 | | Email/Text: camanagement@mtb.com | Nov 22 2023 20:58:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 518767897 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Nov 22 2023 20:59:00 | New York State, Department of Taxation and Finance, Bankrtupcy Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 518840646 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 22 2023 20:57:00 | PNC BANK, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518767898 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 22 2023 20:57:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518767900 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 22 2023 20:57:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518767899 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 22 2023 20:57:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| 518767902 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 22 2023 20:57:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |

Case 20-14541-MBK  Doc 76  Filed 11/24/23  Entered 11/25/23 00:19:29  Desc Imaged
Certificate of Notice   Page 6 of 8

| District/off: 0312-3 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Nov 22, 2023 | Form ID: pdf905 | Total Noticed: 92 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518767903 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 22 2023 20:57:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518767904 | ^ | MEBN | Nov 22 2023 20:52:54 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 518767910 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Nov 22 2023 20:57:00 | State of New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518767920 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 22 2023 21:13:04 | Syncb/Car Care, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518767919 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 22 2023 21:02:20 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518767921 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 22 2023 21:13:07 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518767924 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 22 2023 21:01:50 | Synchrony Bank/HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518767923 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 22 2023 21:13:07 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518767925 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 22 2023 21:02:15 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518767926 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 22 2023 21:02:01 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518767931 | | Email/Text: bankruptcy@td.com | Nov 22 2023 20:58:00 | TD Bank, N.A., 32 Chestnut Street, Lewiston, ME 04240 |
| 518767929 | | Email/Text: bankruptcy@td.com | Nov 22 2023 20:58:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518767928 | + | Email/Text: bncmail@w-legal.com | Nov 22 2023 20:58:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 518767927 | + | Email/Text: bncmail@w-legal.com | Nov 22 2023 20:58:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518767933 | ^ | MEBN | Nov 22 2023 20:52:45 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518836413 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 22 2023 21:02:32 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518767935 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 22 2023 21:02:25 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 518767936 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Nov 22 2023 21:02:23 | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 70

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 518767839 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 518767840 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 600 Kelly Way, Holyoke, MA 01040 |
| 518767834 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518767835 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518767836 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |

| District/off: 0312-3 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Nov 22, 2023 | Form ID: pdf905 | Total Noticed: 92 |

| | | | |
|---|---|---|---|
| 518767846 | *+ | | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518767848 | *+ | | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 518767876 | *P++ | | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518767878 | *P++ | | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518767860 | *P++ | | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, 700 Kansas Lane, Monroe, LA 71203 |
| 518767858 | *P++ | | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767862 | *P++ | | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767863 | *P++ | | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767864 | *P++ | | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767865 | *P++ | | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 518767867 | *P++ | | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518767868 | *P++ | | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518767869 | *P++ | | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 518767901 | *P++ | | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518767915 | * | | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767916 | * | | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767912 | * | | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767913 | * | | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767914 | * | | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767918 | *+ | | Swbc Mortgage, P O Box 77404, Ewing, NJ 08628-6404 |
| 518767932 | *P++ | | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., 32 Chestnut Street, Lewiston, ME 04240 |
| 518767930 | *P++ | | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2299, address filed with court:, TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518767906 | ##+ | | Robb Evans & Associates LLC, Receiver, 11450 Sheldon Street, Sun Valley, CA 91352-1121 |
| 518767909 | ##+ | | Singer Lewak, 3600 S. Yosemite St., Suite 600, Denver, CO 80237-1829 |

TOTAL: 0 Undeliverable, 28 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2023                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2023 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Brian C. Nicholas | on behalf of Creditor SWBC MORTGAGE CORPORATION bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |

Denise E. Carlon
    on behalf of Creditor SWBC MORTGAGE CORPORATION dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Denise E. Carlon
    on behalf of Creditor SWBC Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Frank J Martone
    on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com

Justin M Gillman
    on behalf of Debtor Scott D Stearns ecf@gbclawgroup.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Justin M Gillman
    on behalf of Joint Debtor Naoko Stearns ecf@gbclawgroup.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Melissa N. Licker
    on behalf of Creditor SWBC Mortgage Corporation mlicker@hillwallack.com  HWBKnewyork@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9