Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 20–14541–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Scott D Stearns | Naoko Stearns |
| 408 NE 6th Street | 408 NE 6th Street |
| Unit 413 | Unit 413 |
| Fort Laurderdale, FL 33304 | Fort Laurderdale, FL 33304 |

Social Security No.:
xxx–xx–7433                                        xxx–xx–2771

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I Pamela Fiero , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Settlement of Controversy:

Description of Property (if applicable):

Debtors claims against developer of Sanctuary Belize entitled In re Sanctuary Belize Litigation.

Dated: December 21, 2023
JAN: pbf

                                                                Jeanne Naughton
                                                                Clerk