| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
### Chapter 13 Case No. 20-14541 / MBK

Scott D Stearns  
Naoko Stearns

Petition Filed Date: 03/17/2020  
341 Hearing Date: 04/16/2020  
Confirmation Date: 01/13/2021

Case Status: Open / Confirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2023 | $3,595.00 | 89270860 | 02/06/2023 | $3,595.00 | 89796850 | 03/06/2023 | $3,595.00 | 90396650 |
| 04/10/2023 | $3,595.00 | 90976190 | 05/05/2023 | $3,595.00 | 91523440 | 06/14/2023 | $3,595.00 | 92211080 |
| 07/19/2023 | $3,595.00 | 92819320 | 08/07/2023 | $3,595.00 | 93160180 | 09/05/2023 | $3,595.00 | 93633840 |
| 10/05/2023 | $3,595.00 | 94171840 | 11/08/2023 | $3,595.00 | 94731360 | 12/11/2023 | $3,595.00 | 95269110 |
| 01/03/2024 | $3,595.00 | 95621470 | | | | | | |

**Total Receipts for the Period:  $46,735.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $171,427.29**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Scott D Stearns | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Justin M. Gillman, Esq.<br>»» ORDER FEES 2/26/2021 | Attorney Fees | $11,343.50 | $11,343.50 | $0.00 |
| 1 | AMERICAN HONDA FINANCE<br>»» 2018 HONDA CIVIC/LEASE/DEF BAL | Unsecured Creditors | $148.28 | $0.00 | $148.28 |
| 2 | AMERICAN HONDA FINANCE<br>»» 2020 HONDA CIVIC/LEASE ASSUMED | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 3 | DISCOVER BANK | Unsecured Creditors | $24,199.55 | $0.00 | $24,199.55 |
| 4 | BANK OF AMERICA | Unsecured Creditors | $87,890.20 | $0.00 | $87,890.20 |
| 5 | CITIZENS BANK, N.A. | Unsecured Creditors | $8,213.90 | $0.00 | $8,213.90 |
| 6 | INTERNAL REVENUE SERVICE<br>»» 2018-2019 | Priority Creditors | $3,786.49 | $2,680.82 | $1,105.67 |
| 7 | INTERNAL REVENUE SERVICE | Unsecured Creditors | $198.81 | $0.00 | $198.81 |
| 8 | TD BANK, N.A. | Unsecured Creditors | $16,065.82 | $0.00 | $16,065.82 |
| 9 | TD BANK, N.A. | Unsecured Creditors | $2,809.69 | $0.00 | $2,809.69 |
| 10 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $17,343.36 | $0.00 | $17,343.36 |
| 11 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $22,478.27 | $0.00 | $22,478.27 |
| 12 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $14,620.70 | $0.00 | $14,620.70 |
| 13 | PNC Bank, N.A. | Unsecured Creditors | $9,343.74 | $0.00 | $9,343.74 |
| 14 | THE BANCORP BANK<br>»» STEARNS DEVELOPMENT GROUP SBA LOAN | Unsecured Creditors | $490,361.22 | $0.00 | $490,361.22 |
| 15 | Verizon by American InfoSource as Agent | Unsecured Creditors | $121.06 | $0.00 | $121.06 |
| 16 | Verizon by American InfoSource as Agent | Unsecured Creditors | $91.19 | $0.00 | $91.19 |

**Chapter 13 Case No. 20-14541 / MBK**

| | | | | | |
|---|---|---|---|---|---|
| 17 | SWBC MTG CORPORATION<br>»» NP/1626 STIMSON ST/1ST MTG | Mortgage Arrears | $603.40 | $603.40 | $0.00 |
| 18 | PNC BANK, NA<br>»» P/1010 BRECKENRIDGE DR/1ST MTG | Mortgage Arrears<br>No Disbursements: Paid at real estate closing | $0.00 | $0.00 | $0.00 |
| 19 | SWBC MTG CORPORATION<br>»» NP/1382 MANOTAK AVE/1ST MTG | Mortgage Arrears | $161.50 | $161.50 | $0.00 |
| 20 | 20 PINE ST INVESTORS, LLC<br>»» *IMPROPER PDF* | No Disbursements: Problem | $0.00 | $0.00 | $0.00 |
| 21 | 20 PINE ST INVESTORS, LLC<br>»» COMMERCIAL LEASE | Unsecured Creditors<br>Hold Funds: Pending Resolution | $4,115,334.00 | $0.00 | $4,115,334.00 |
| 22 | NEW YORK STATE<br>»» S&U 8/2019 | Priority Creditors | $190,609.86 | $134,345.05 | $56,264.81 |
| 23 | NEW YORK STATE<br>»» PENALTY | Unsecured Creditors | $52,035.24 | $0.00 | $52,035.24 |
| 0 | Justin M. Gillman, Esq.<br>»» ORDER 10/14/21 | Attorney Fees | $1,847.50 | $1,847.50 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $171,427.29 | Plan Balance: | $154,009.21 ** |
| Paid to Claims: | $150,981.77 | Current Monthly Payment: | $3,595.00 |
| Paid to Trustee: | $13,852.30 | Arrearages: | $0.00 |
| Funds on Hand: | $6,593.22 | Total Plan Base: | $325,436.50 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.



  **This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.