**GILLMAN, BRUTON & CAPONE, LLC**
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

Order Filed on July 24, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re:                      | Chapter 13                        |
|-----------------------------|-----------------------------------|
| Scott and Naoko Stearns,    | Case No. 20-14541                 |
| Debtor(s).                  | Hearing Date: July 24, 2024       |
|                             | Judge: Michael B. Kaplan          |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following page is **ORDERED**.

**DATED: July 24, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4870-6001-5050, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Justin Gillman_____, the applicant, is allowed a fee of $_____6,653.50_____ for services rendered and expenses in the amount of $_____100.00_____, less courtesy credit of $1,253.50, for a total of $__5,500.00__. The allowance is payable:

☒ $__5,500.00____ through the Chapter 13 plan as an administrative priority.

☒ $____0_____ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____4,282.00____ per month for __8____ months beginning August 2024 to allow for payment of the above fee.

*rev. 8/1/15*

4870-6001-5050, v. 1

2