**GILLMAN, BRUTON & CAPONE, LLC**
Justin M. Gillman, Esq.
770 Amboy Avenue
Edison, NJ 08837
Telephone: (732) 661-1664
Fax: (732) 661-1707
Email: ecf@gbclawgroup.com

**Order Filed on July 24, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>   Scott and Naoko Stearns,<br><br>   Debtor(s). | Chapter 13<br><br>Case No. 20-14541<br><br>Hearing Date: July 24, 2024<br><br>Judge: Michael B. Kaplan |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 24, 2024**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

4870-6001-5050, v. 1

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that_____Justin Gillman_____, the applicant, is allowed a fee of $_____6,653.50_____ for services rendered and expenses in the amount of $_____100.00_____, less courtesy credit of $1,253.50, for a total of $__5,500.00__. The allowance is payable:

☒ $__5,500.00__ through the Chapter 13 plan as an administrative priority.

☒ $___0___ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____4,282.00_____per month for __8__ months beginning August 2024 to allow for payment of the above fee.

*rev.8/1/15*

4870-6001-5050, v. 1

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                          Case No. 20-14541-MBK
Scott D Stearns                                                                                          Chapter 13
Naoko Stearns
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                    Page 1 of 2
Date Rcvd: Jul 25, 2024            Form ID: pdf903            Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 27, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | #+ Scott D Stearns, Naoko Stearns, 408 NE 6th Street, Unit 413, Fort Lauderdale, FL 33304-6408 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 27, 2024                    Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor SWBC MORTGAGE CORPORATION dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor SWBC Mortgage Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Frank J Martone | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bky@martonelaw.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 25, 2024 | Form ID: pdf903 | Total Noticed: 1 |

Justin M Gillman
    on behalf of Debtor Scott D Stearns ecf@gbclawgroup.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Justin M Gillman
    on behalf of Joint Debtor Naoko Stearns ecf@gbclawgroup.com
    GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com

Melissa N. Licker
    on behalf of Creditor SWBC Mortgage Corporation mlicker@hillwallack.com HWBKnewyork@ecf.courtdrive.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 9