| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Scott D Stearns<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7433<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | Naoko Stearns<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2771<br>EIN   __–_____ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   20–14541–MBK | | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Scott D Stearns                      Naoko Stearns

8/14/25                              **By the court:** Michael B. Kaplan
                                                      United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Scott D Stearns  
Naoko Stearns  
    Debtors

Case No. 20-14541-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 6 |
| Date Rcvd: Aug 14, 2025 | Form ID: 3180W | Total Noticed: 93 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 16, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Scott D Stearns, 408 NE 6th Street, Unit 413, Fort Lauderdale, FL 33304-6408 |
| jdb | #+ | Naoko Stearns, 408 NE 6th Street, Unit 413, Fort Lauderdale, FL 33304-6408 |
| cr | + | SWBC MORTGAGE CORPORATION, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 518767832 | + | 20 Pine Street Investors LLC, c/o The Klein Group, LLC, 25A Hanover Road, Suite 350, Florham Park, NJ 07932-1425 |
| 518842997 | + | 20 Pine Street Investors, LLC, c/o Edward David Esq., Edward DAvid & Associates, LLC, 72 Eagle Rock Avenue, Suite 260, East Hanover, NJ 07936-3151 |
| 518767849 | + | Bancorp., 30 N. LaSalle Street, Suite 2320, Chicago, IL 60602-3823 |
| 518767856 | + | Capital One / Casual, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518767855 | + | Capital One / Casual, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518767881 | + | Eco-Futures Development, 600 Anton Blvd., 11th Floor, Costa Mesa, CA 92626-7100 |
| 518767887 | + | Fifth Third Bank, 5050 Kingsley Drive, Cincinnati, OH 45277-0001 |
| 518767893 | | Kabbage, Inc., PO Box, 77081, Atlanta, GA 30357 |
| 518767896 | + | Marshack Hays LLP, 870 Roosevelt, Irvine, CA 92620-3663 |
| 518841256 | + | SWBC MORTGAGE CORPORATION, CENLAR FSB, BK DEPARTMENT, 425 PHILLIPS BLVD., EWING NJ 08618-1430 |
| 518767907 | + | Sheldon Rosenberg, 3 Stanford Court, West Orange, NJ 07052-2023 |
| 518767909 | + | Singer Lewak, 3600 S. Yosemite St., Suite 600, Denver, CO 80237-1829 |
| 518767908 | + | Singer Lewak, 10960 Wilshire Blvd., 7th Floor, Los Angeles, CA 90024-3710 |
| 518767911 | | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767917 | + | Swbc Mortgage, P O Box 77404, Ewing, NJ 08628-6404 |
| 518767922 | + | Syncb/Lord & Taylor, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 518796332 | + | TD Bank, N.A., c/o Schiller Knapp Lefkowitz, & Hertzel LLP, 950 New Loudon Road, Latham New York 12110-2100 |
| 518767934 | + | Ultimate Brands, c/o Richard A. Marshack, Ch. 7 Trustee, 870 Roosevelt, Irvine, CA 92620-3663 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 14 2025 21:20:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 14 2025 21:20:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518767837 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Aug 14 2025 21:44:21 | American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 518767838 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 14 2025 21:20:00 | American Honda Finance, 600 Kelly Way, Holyoke, MA 01040 |

Case 20-14541-MBK    Doc 105    Filed 08/16/25    Entered 08/17/25 00:22:23    Desc
Imaged Certificate of Notice        Page 4 of 8

| District/off: 0312-3 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: 3180W | Total Noticed: 93 |

| Recipient ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 518767833 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 14 2025 21:20:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518770086 | | Email/Text: ebnbankruptcy@ahm.honda.com | Aug 14 2025 21:20:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 518767845 | + | EDI: CITICORP | Aug 15 2025 00:59:00 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518767847 | + | EDI: CITICORP | Aug 15 2025 00:59:00 | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 518767841 | + | EDI: PHINAMERI.COM | Aug 15 2025 00:59:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 518767842 | + | EDI: PHINAMERI.COM | Aug 15 2025 00:59:00 | AmeriCredit/GM Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 518767844 | + | EDI: CITICORP | Aug 15 2025 00:59:00 | Amex/Bankruptcy, Po Box 8218, Mason, OH 45040-8218 |
| 518767843 | + | Email/PDF: bncnotices@becket-lee.com | Aug 14 2025 21:29:33 | Amex/Bankruptcy, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 518767851 | | EDI: BANKAMER | Aug 15 2025 00:59:00 | Bank of America, PO Box 982236, El Paso, TX 79998-2236 |
| 518767852 | + | EDI: BANKAMER | Aug 15 2025 00:59:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 518767850 | + | EDI: BANKAMER | Aug 15 2025 00:59:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 518784813 | + | EDI: BANKAMER2 | Aug 15 2025 00:59:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 518837998 | | Email/Text: BKelectronicnotices@cenlar.com | Aug 14 2025 21:19:00 | Cenlar FSB, 425 Phillips Blvd, Ewing, NJ 08618 |
| 518793124 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 14 2025 21:18:00 | Citizens Bank N.A., One Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 518767853 | + | EDI: CAPITALONE.COM | Aug 15 2025 00:59:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 518767854 | + | EDI: CAPITALONE.COM | Aug 15 2025 00:59:00 | Capital One, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518767859 | + | EDI: JPMORGANCHASE | Aug 15 2025 00:59:00 | Chase, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 518767857 | + | EDI: JPMORGANCHASE | Aug 15 2025 00:59:00 | Chase, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 518767866 | + | EDI: JPMORGANCHASE | Aug 15 2025 00:59:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 518767870 | ^ | MEBN | Aug 14 2025 21:19:09 | Chase Card Services, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 518767861 | + | EDI: JPMORGANCHASE | Aug 15 2025 00:59:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 518767872 | + | EDI: CITICORP | Aug 15 2025 00:59:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 518767871 | + | EDI: CITICORP | Aug 15 2025 00:59:00 | Citibank, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 518767874 | + | EDI: CITICORP | Aug 15 2025 00:59:00 | Citimortgage, Po Box 6243, Sioux Falls, SD 57117-6243 |
| 518767873 | + | EDI: CITICORP | Aug 15 2025 00:59:00 | Citimortgage, Attn: Centralized Bankruptcy, Po Box 9438, Gettsburg, MD 20898-9438 |
| 518767879 | | EDI: DISCOVER | | |

| Recipient ID | Flag | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 518767880 | | EDI: DISCOVER | Aug 15 2025 00:59:00 | Discover Financial, Attn: Bankruptcy Department, Po Box 15316, Wilmington, DE 19850 |
| 518767875 | | EDI: CITICORP | Aug 15 2025 00:59:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 518767877 | | EDI: CITICORP | Aug 15 2025 00:59:00 | Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518777049 | | EDI: DISCOVER | Aug 15 2025 00:59:00 | Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518767882 | | Email/Text: bankruptcycourts@equifax.com | Aug 15 2025 00:59:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518767884 | | Email/Text: eslbankruptcynotifications@esl.org | Aug 14 2025 21:19:00 | Equifax, P.O. Box 740241, Atlanta, GA 30374-0241 |
| 518767883 | + | Email/Text: eslbankruptcynotifications@esl.org | Aug 14 2025 21:20:02 | ESL Federal Credit Union, 100 Kings Highway, Rochester, NY 14617 |
| 518767885 | ^ | MEBN | Aug 14 2025 21:20:02 | ESL Federal Credit Union, Attn: Bankruptcy Dept, Po Box 92714, Rochester, NY 14692-8814 |
| 518767886 | | Email/Text: collectionbankruptcies.bancorp@53.com | Aug 14 2025 21:16:47 | Experian, 475 Anton Blvd, Costa Mesa, CA 92626-7037 |
| 518767889 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Aug 14 2025 21:20:00 | Fifth Third Bank, Attn: Bankruptcy, 38 Fountain Square Plaza, Cincinnati, OH 45263 |
| 518767888 | | Email/Text: FirstmarkAccountMa@firstmarkservices.com | Aug 14 2025 21:18:00 | Firstmark Services, 121 South 13th Street, Lincoln, NE 68508 |
| 518767890 | | Email/Text: EBNBKNOT@ford.com | Aug 14 2025 21:18:00 | Firstmark Services, Attn: Bankruptcy, Po Box 82522, Lincoln, NE 68501 |
| 518767891 | + | Email/Text: EBNBKNOT@ford.com | Aug 14 2025 21:20:00 | Ford Motor Credit, National Bankruptcy Service Center, Po Box 62180, Colorado Springs, CO 80962 |
| 518767892 | | EDI: IRS.COM | Aug 14 2025 21:20:00 | Ford Motor Credit, Pob 542000, Omaha, NE 68154-8000 |
| 518804031 | + | Email/Text: RASEBN@raslg.com | Aug 15 2025 00:59:00 | Internal Revenue Service (IRS), Department of Treasury, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 518767894 | | Email/Text: camanagement@mtb.com | Aug 14 2025 21:19:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 518767895 | | Email/Text: camanagement@mtb.com | Aug 14 2025 21:20:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 518767897 | + | Email/Text: nys.dtf.bncnotice@tax.ny.gov | Aug 14 2025 21:20:00 | M & T Bank, Po Box 900, Millsboro, DE 19966 |
| 518840646 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2025 21:21:00 | New York State, Department of Taxation and Finance, Bankrtupcy Section, P.O. Box 5300, Albany, NY 12205-0300 |
| 518767898 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2025 21:18:00 | PNC BANK, National Association, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 518767900 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2025 21:18:00 | PNC Bank, Attn: Bankruptcy, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 518767899 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2025 21:18:00 | PNC Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518767902 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2025 21:18:00 | Pnc Bank, Atn: Bankruptcy Department, Po Box 94982: Ms: Br-Yb58-01-5, Cleveland, OH 44101 |
| | | | Aug 14 2025 21:18:00 | Pnc Mortgage, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |

| Recip ID | Bypass | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 518767903 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 14 2025 21:18:00 | Pnc Mortgage, Po Box 8703, Dayton, OH 45401 |
| 518767905 | | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Aug 14 2025 21:44:07 | Raymour & Flanigan, Cscl Dispute Team N8235-04m, Des Moines, IA 50306 |
| 518767904 | ^ | MEBN | Aug 14 2025 21:17:25 | Raymour & Flanigan, Attn: Bankruptcy, Po Box 130, Liverpool, NY 13088-0130 |
| 518767910 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Aug 14 2025 21:19:00 | State of New Jersey Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |
| 518767920 | + | EDI: SYNC | Aug 15 2025 00:59:00 | Syncb/Car Care, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518767919 | + | EDI: SYNC | Aug 15 2025 00:59:00 | Syncb/Car Care, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518767921 | + | EDI: SYNC | Aug 15 2025 00:59:00 | Syncb/Lord & Taylor, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518767924 | + | EDI: SYNC | Aug 15 2025 00:59:00 | Synchrony Bank/HH Gregg, C/o Po Box 965036, Orlando, FL 32896-0001 |
| 518767923 | + | EDI: SYNC | Aug 15 2025 00:59:00 | Synchrony Bank/HH Gregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518767925 | + | EDI: SYNC | Aug 15 2025 00:59:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 518767926 | + | EDI: SYNC | Aug 15 2025 00:59:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 518767931 | | EDI: TDBANKNORTH.COM | Aug 15 2025 00:59:00 | TD Bank, N.A., 32 Chestnut Street, Lewiston, ME 04240 |
| 518767929 | | EDI: TDBANKNORTH.COM | Aug 15 2025 00:59:00 | TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| 518767928 | + | EDI: WTRRNBANK.COM | Aug 15 2025 00:59:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 518767927 | + | EDI: WTRRNBANK.COM | Aug 15 2025 00:59:00 | Target, Attn: Bankruptcy, Po Box 9475, Minneapolis, MN 55440-9475 |
| 518767933 | ^ | MEBN | Aug 14 2025 21:17:14 | TransUnion, P.O. Box 2000, Crum Lynne, PA 19022 |
| 518836413 | + | EDI: AIS.COM | Aug 15 2025 00:59:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518767935 | + | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 14 2025 21:59:51 | Wells Fargo Jewelry Advantage, Attn: Bankruptcy, Po Box 10438, Des Moines, IA 50306-0438 |
| 518767936 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Aug 14 2025 21:31:03 | Wells Fargo Jewelry Advantage, Po Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 72

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC BANK, NATIONAL ASSOCIATION, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| 518767839 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 201 Little Falls Drive, Wilmington, DE 19808 |
| 518767840 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, 600 Kelly Way, Holyoke, MA 01040 |
| 518767834 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518767835 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda |

| District/off: 0312-3 | User: admin | Page 5 of 6 |
|---|---|---|
| Date Rcvd: Aug 14, 2025 | Form ID: 3180W | Total Noticed: 93 |

| | | |
|---|---|---|
| | | Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518767836 | *P++ | AMERICAN HONDA FINANCE, P O BOX 168088, IRVING TX 75016-8088, address filed with court:, American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 518767846 | *+ | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 518767848 | *+ | AT&T Universal Citi Card, Po Box 6241, Sioux Falls, SD 57117-6241 |
| 518767860 | *+ | Chase, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 518767858 | *+ | Chase, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 518767867 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 518767868 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 518767869 | *+ | Chase Card Services, Po Box 15369, Wilmington, DE 19850-5369 |
| 518767862 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 518767863 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 518767864 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 518767865 | *+ | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850-5298 |
| 518767876 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 518767878 | *P++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2239, address filed with court:, Deptartment Store National Bank/Macy's, Po Box 8218, Mason, OH 45040 |
| 518767901 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, Pnc Bank, Po Box 3180, Pittsburgh, PA 15230 |
| 518767915 | * | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767916 | * | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767912 | * | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767913 | * | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767914 | * | Stearns Development Group, Inc., 10 Breckenridge Drive, Somerville, NJ 08876 |
| 518767918 | *+ | Swbc Mortgage, P O Box 77404, Ewing, NJ 08628-6404 |
| 518767932 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2019, address filed with court:, TD Bank, N.A., 32 Chestnut Street, Lewiston, ME 04240 |
| 518767930 | *P++ | TD BANKNORTH NA, 70 GRAY ROAD, FALMOUTH ME 04105-2019, address filed with court:, TD Bank, N.A., 32 Chestnut Street, Po Box 1377, Lewiston, ME 04243 |
| r | ##+ | Keller Williams Towne Square Realty, 222 Mounty Airy Road, Basking Ridge, NJ 07920-2335 |
| 518767906 | ##+ | Robb Evans & Associates LLC, Receiver, 11450 Sheldon Street, Sun Valley, CA 91352-1121 |

TOTAL: 0 Undeliverable, 28 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2025                    Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor SWBC MORTGAGE CORPORATION dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Denise E. Carlon | |

| | |
|---|---|
| | on behalf of Creditor SWBC Mortgage Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Frank J Martone | |
| | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bky@martonelaw.com |
| Justin M Gillman | |
| | on behalf of Debtor Scott D Stearns ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Justin M Gillman | |
| | on behalf of Joint Debtor Naoko Stearns ecf@gillmancapone.com GillmanBrutonCaponeLLC@jubileebk.net,e4eaf5f23@maildrop.clio.com;jgillman@ecf.courtdrive.com |
| Melissa N. Licker | |
| | on behalf of Creditor SWBC Mortgage Corporation mlicker@hinshawlaw.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9